1  JOHN P. REITMAN (State Bar No. 80579)
   jreitman@lgbfirm.com
2  JACK A. REITMAN (State Bar No. 283746)
   jareitman@lgbfirm.com
3  LANDAU GOTTFRIED & BERGER LLP
   1880 Century Park East, Suite 1101
4  Los Angeles, California 90067
   Telephone: (310) 557-0050
5  Facsimile: (310) 557-0056

6  Proposed Special Litigation Attorneys for
   Richard A. Marshack,
7  Chapter 7 Trustee for Eagan Avenatti, LLP

8

9                **UNITED STATES BANKRUPTCY COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

11  In re                                    Case No.: 8:19-bk-13560-CB

12  EAGAN AVENATTI, LLP,                     Chapter 7

13                    Debtor.                Adv. No.:

14  ──────────────────────────────

15  RICHARD A. MARSHACK, CHAPTER             **COMPLAINT FOR AVOIDANCE AND**
    7 TRUSTEE FOR EAGAN AVENATTI,            **RECOVERY OF VOIDABLE**
16  LLP,                                     **TRANSFERS; PREFERENCE;**
                                             **DECLARATORY RELIEF; TURNOVER;**
17                                           **PRELIMINARY AND PERMANENT**
                        Plaintiff,           **INJUNCTION; BREACH OF FIDUCIARY**
18                                           **DUTY; DISALLOWANCE OF PROOFS**
           v.                                **OF CLAIM; EQUITABLE**
19                                           **SUBORDINATION**
    MICHAEL AVENATTI, an individual;
20  LISA STORIE-AVENATTI, an
    individual; AVENATT & ASSOCIATES
21  APC, a professional corporation; and
    DOES 1-10, Inclusive,
22
23                    Defendants.

24

25

26

27

28

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Plaintiff is Richard A. Marshack, chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Eagan Avenatti, LLP ("EA"). The Trustee brings this adversary proceeding on behalf of the Estate pursuant to 11 U.S.C. §§1106(a) and 1109(b). As the Trustee was not appointed until after EA filed bankruptcy, the Trustee does not have personal knowledge of the facts alleged below and therefore alleges those facts on information and belief.

## JURISDICTION AND VENUE

1. In accordance with the requirements of Local Bankruptcy Rule 7008-1, the Santa Ana Division of the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") has jurisdiction over this adversary proceeding under 28 U.S.C. § 1334, because the claims asserted herein arise under title 11 of the United States Code or arise in or relate to the Chapter 7 case of the debtor, EA, currently pending in the Bankruptcy Court as Case No. 8:19-bk-13560-CB (the "EA Bankruptcy Case"). The outcome of this adversary proceeding will have a significant effect on the Estate because it will impact the disposition of property of the Estate and the amount of money available for distribution to creditors of the Estate. The claims for relief in this Complaint constitute a core proceeding under 28 U.S.C. § 157(b). Regardless of whether this is a core proceeding, consent is hereby given to the entry of final orders and judgment by the Bankruptcy Court. Each defendant is hereby notified that Fed. R. Bankr. P. 7008(a) requires each defendant to plead whether the claims for relief alleged against such defendant are core or non-core and, if non-core, whether consent is given to the entry of final orders and judgment by the Bankruptcy Court.

2. Venue is proper in the Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409 because the EA Bankruptcy Case is pending in this district and division. This Court also has personal jurisdiction over each of the defendants.

## PARTIES

3. Plaintiff Richard A. Marshack is the chapter 7 trustee of the EA Estate.

4. Defendant Lisa Storie-Avenatti ("Storie") is an individual residing in Orange County, California.

5. Defendant Michael Avenatti ("Avenatti") is an individual residing in Los Angeles

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  County, California.

2      6.  Defendant Avenatti & Associates, APC ("AA"), is a legal entity incorporated under the

3  laws of California.  Storie and Avenatti each claim to own AA and, directly and/or indirectly, to

4  own EA.

5      7.  The Trustee is not aware of the true names and capacities (whether individual,

6  associate, corporate, or otherwise) of defendants Does 1 through 10, or any of them, and therefore

7  sues said defendants, and each of them, by such fictitious names and will amend this Complaint to

8  include their true names and capacities, when ascertained, together with appropriate charging

9  allegations.

10      8.  Each of the Doe defendants is an initial transferee of the avoidable transfers alleged in

11  this Complaint, or of the proceeds of such avoidable transfers, and did not take such transferred

12  property for value, in good faith, and without knowledge of the voidability of such transfers or

13  otherwise asserts an ownership or other interest in the "EA Art" as described below.

14                      **GENERAL ALLEGATIONS**

15  ***Stories' Marriage to Michael Avenatti***

16      9.  At all relevant times through 2017, Storie was married to Avenatti.  In 2017,

17  Avenatti commenced a marital dissolution proceeding against Storie entitled *Michael Avenatti v.*

18  *Lisa Storie-Avenatti*, Case No. 17D009930, in the Superior Court of California (Family Law

19  Court), County of Orange, to dissolve his marriage to Storie.  That action is still pending in the

20  Family Law Court.

21  ***Michael Avenatti's Ownership and Operation of Eagan Avenatti, LLP***

22      10.  EA was a California based litigation law firm formed in the mid-2000s.  At any

23  given time, EA employed between seven to nine attorneys, and primarily handled plaintiff

24  contingency matters, whereby the firm only received legal fees after a case was resolved in favor

25  of EA's client.

26      11.  By not later than some time in 2012, Avenatti assumed control over the

27  management of EA.  By 2013 and at all relevant times thereafter, Avenatti was its managing

28  partner of EA and owned at least 75% the firm directly or indirectly through his personal

1    corporation, AA.  As EA's managing partner, Avenatti at all relevant times was an individual who

2    controlled EA's business and full access to its business and financial records (including its

3    banking records).

4         12.    Avenatti is an attorney of national notoriety, including previously having acted

5    through EA as class-counsel in cases such as *Bahamas Surgery Center, LLC v. Kimberly-Clark*

6    *Corporation, et al.* (involving defective surgical gowns) and *Greco v. NFL* (a series of

7    consolidated lawsuits relating to Super Bowl XLV in Dallas, Texas), and representing high profile

8    clients such as Stephanie Clifford (also known as "Stormy Daniels") and the alleged victims of

9    R&B artist R. Kelly.  Avenatti also considered running for President of the United States of

10    America in or around fall, 2018 (for the 2020 general election).

11         13.    This national notoriety and success led for a period of time to financial success for

12    EA and Avenatti, who enjoyed such pastimes as (i) auto racing through HTP Mortorsport GmBh

13    and GB Auto, LLC, which owned, maintained and operated Porsche race cars for Avenatti's

14    personal use in Europe and the United States; (ii) luxury apartments (approximately $14,000 rent

15    for an apartment at Ten Thousand Santa Monica in Los Angeles (Century City), California); (iii) a

16    Ferrari (approximately $4,000 a month), (iv) his own coffee company, Global Baristas, owner of

17    the "Tully" coffee brand; and (v) various luxury personal items (including jewelry and dozens of

18    custom suits with a value of approximately $5,000 each, and an indirect ownership interest in a

19    privately owned jet aircraft).

20         14.    On March 10, 2017, Avenatti consented to EA being placed into Chapter 11

21    bankruptcy (after it has been placed into an involuntary bankruptcy in the Middle District of

22    Florida on March 1, 2017 by a single creditor).[1]  The bankruptcy case was transferred to the

23    Honorable Catherine Bauer in the Central District of California on May 16, 2017 (*In re Eagan*

24    *Avenatti, LLP*, Case No. 8:17-bk-11961-CB).

25         15.    The EA bankruptcy was later dismissed on March 15, 2018 as part of a structured

---

[1] Purportedly with Avenatti's connivance to thwart litigation filed in February 2016 against EA by Jason Frank Law, PLC ("JFL"), which is owned by attorney Jason Frank, for Eagan Avenatti, LLP's breach of its contract for Mr. Frank's professional services as an attorney.

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  settlement approved by the bankruptcy court.  That structured settlement required EA, following

2  the dismissal of the bankruptcy, to pay certain debts it owed to creditors, including the Internal

3  Revenue Service (the "IRS"), JFL[2] and various other creditors.

4    16.    EA did not make the payment owed to JFL, and as a result, the bankruptcy court

5  entered a judgment in favor of JFL and against EA in the amount of approximately $10 million on

6  May 22, 2018.

7    17.    JFL's judgment against EA was registered before the United States District Court

8  for the Central District of California on August 31, 2018 and was assigned to Chief Judge Virginia

9  A. Phillips [*In re Eagan Avenatti*, 8:18-cv-01644-VAP-KES].

10    18.    As part of the district court proceeding, JFL moved for the appointment of an

11  independent receiver for the assets of EA.  Avenatti stipulated to Brian Weiss being appointed as

12  the Receiver for EA on February 13, 2019.  The district court thereafter entered a Receivership

13  and Restraining Order against EA and Avenatti.

14    19.    On March 22, 2019, the United States Attorney for the Central District of

15  California filed a criminal complaint against Avenatti (the "CDCA Criminal Complaint").  The

16  CDCA Criminal Complaint charged Avenatti with wire fraud for wrongfully diverting to his

17  personal use millions of dollars belonging to EA's clients, willfully causing EA to not pay

18  approximately $2.4 million in payroll taxes to the IRS, including $1,279,001 in trust fund taxes

19  that had been withheld from EA employees' paychecks, causing EA to not file tax returns for the

20  2013 through 2017 tax years, bankruptcy crimes, bank fraud and other crimes.  On April 4, 2010,

21  a Southern California Grand Jury indicted Avenatti on 36 counts for, *inter alia*, wire fraud, tax

22  evasion, tax fraud, bank fraud, aggravated identity theft, bankruptcy crimes, perjury and the theft

23  of millions of dollars from EA's former clients (*U.S. v. Avenatti*, United States District Court for

24  the Central District of California, SACR19-00061-JVS).

25    20.    On September 13, 2019 (the "Petition Date"), Brian Weiss, as the receiver for EA,

26

27

28

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[2] JFL's claim against EA arose in February 2016, when JFL initiated an arbitration against EA for breach of contract.

filed for bankruptcy protection, initiating this case.[3]

***Transfers made by Eagan Avenatti, LLP to or for the Personal Benefit of Avenatti***

21.     Between January 1, 2014 and February 13, 2019, EA conducted its banking primarily at California Bank and Trust through several business checking accounts, client trust accounts, and IOLTA (interest of lawyer trust accounts, which is a method of raising money for charitable purposes).

22.     Avenatti caused EA to make at least $6 million in transfers from these accounts to him or for his personal benefit and not for the benefit of EA or its creditors, in order fund his opulent lifestyle.[4]  Avenatti also caused EA to make those transfers and to directly pay his personal expenses to conceal his personally or indirectly owned assets acquired through EA with its funds and to keep those assets out of the reach of his and EA's creditors.

23.     Within the last eight years through and including February 13, 2019, Avenatti directed and caused EA to make transfers of its money and other property to the defendants (the "EA Transfers").  The EA Transfers were made to or for the benefit of Avenatti and the other defendants and were not for the benefit of and did not benefit EA or its creditors.

## FIRST CLAIM FOR RELIEF

**(Against All Defendants, To Avoid Intentionally Voidable Transfers of Money and Other Property under 11 U.S.C. §§ 544(a), (b) and 550(a), and Cal. Civ. Code §§ 3439.04(a) and 3439.07)**

24.     The Trustee incorporates by reference and realleges paragraphs 1-23 of this Complaint.

25.     During the eight-year period immediately preceding the filing of this Complaint, Avenatti directed and caused EA to make transfers of its property, including money, to or for the

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[3] Avenatti had previously attempted to place EA into bankruptcy on March 7, 2019 (*In re The Trial Group, LLP*, Case No. 8:19-bk-10822-CB).  That case was retroactively dismissed/rendered null and void by order of this Court on March 19, 2019.

[4] Such as (i) loans to Global Barista; (ii) motorsport related payments (repairs, transport, drivers); (iii) home construction and improvement; (iv) private jet lease payments; (v) high end jewelry; and (vi) fine art.

benefit of the defendants (including Avenatti) that exceeded the total amount, if any, that such defendants paid to EA prior to and during such time period.  That excess amount is referred to herein as the "8-Year Transfers."  **Exhibit 1** identifies the currently known transfers made by EA to or for the benefit of the defendants during this period that are part of the 8-Year Transfers.[56]

26.     The 8-Year Transfers were made by EA with the actual intent to hinder, delay, or defraud its creditors.  Specifically, Avenatti caused EA to make these transfers to or for the benefit of the defendants to fund his and (as his wife) Storie's opulent lifestyle and not to sustain or promote the business of EA, even though he knew or consciously or recklessly chose to ignore facts known to him that strongly suggested that EA (i) had not filed federal tax returns since 2012; (ii) owed at least $2.4 million in back taxes and possible additional penalties to the IRS; and (iii) had other pending creditor claims that were not being paid.

27.     The defendants did not take any of the 8-Year Transfers for a reasonably equivalent value and/or did not take such transfers in good faith.  Specifically, such defendants (i) knew or consciously or recklessly chose to ignore facts known to them that strongly suggested that the transfers were of property belonging to EA because the transfers were identified as emanating from that entity; (ii) knew or consciously or recklessly chose to ignore facts known to them that strongly suggested that the value, if any, that defendants provided in exchange for those payments was not for the benefit of and did not benefit EA or its creditors; and (iii) knew or consciously or recklessly chose to ignore facts known to them that strongly suggested the value, if any, provided by them in exchange for such transfers conferred no or less than substantially equivalent value upon EA and its creditors.

28.     At all relevant times, the 8-Year Transfers were voidable under California Civil Code §§ 3439.04(a) and 3439.07 by one or more creditors who held and hold unsecured claims

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[5] The Trustee is permitted to "look back" up to ten years under California law as the Internal Revenue Service is a creditor of the EA Bankruptcy Estate, and by operation of 11 U.S.C. 544, the Trustee steps in the shoes and obtains the remedies and powers available to the creditor body.  *See* 26 U.S.C. § 6502(a), *Hillen v. City of Many Trees, LLC (In re CVAH, Inc.)*, 570 B.R. 816, 832-33 (Bankr. D. Idaho 2017).

[6] The list of transfers is incomplete and is subject to further investigation and supplementation.

1    against EA.  These creditors include, without limitation, the IRS, the California Franchise Tax

2    Board, JFL, Stephanie Clifford, Gregory Barela, Geoffrey E. Johnson, William Parrish, Robert J.

3    Stoll, Jr., Stoll, Nussbaum & Polakov, a California Professional Corporation, 520 Newport Center

4    Drive, LLC, and those persons identified as Client 1, Client 2, Client 3, Client 4 and Client 5 in

5    the Grand Jury Indictment filed as Docket No.16, in *United States of America v. Michael John*

6    *Avenatti,* SA CR No. 19-00061 JVS, in the United States District Court, Central District of

7    California, Southern Division.

8        29.    At all relevant times, Avenatti caused EA to conceal from one or more of its

9    creditors that it had made the 8-Year Transfers with the intent to hinder, delay, or defraud one or

10   more of such creditors.  Avenatti caused such transfers to be made from EA for his and the other

11   defendants' personal benefit and not to benefit EA or any of its creditors.  Because at all relevant

12   times Avenatti was a person who had control over EA and its business and financial records, the

13   fraudulent transfers alleged in this claim for relief for relief could not reasonably have been

14   discovered by the claimants sooner than one year prior to the filing of this Complaint.

15       30.    To the extent that EA made the 8-Year transfers to (1) Storie, as the initial (first)

16   transferee, those transfers also were made for the benefit of Avenatti; (2) Avenatti, as the initial

17   (first) transferee, those transfers also were made for the benefit of Storie; (3) AA, as the initial

18   (first) transferee, those transfers also were made for the benefit of Avenatti; and (4) AA, as the

19   initial (first) transferee, and then transferred by AA to Storie, as an immediate (subsequent)

20   transferee, those transfers were for the benefit of Avenatti.

### **SECOND CLAIM FOR RELIEF**

**(Against All Defendants, To Avoid Intentionally Voidable Transfers of Money and Other Property under 11 U.S.C. §§ 544(a), (b) and 550(a), and Cal. Civ. Code §§ 3439.04(a) and 3439.07)**

25       31.    The Trustee incorporates by reference and realleges paragraphs 1-23 of this

26   Complaint.

27       32.    During the four-year period immediately preceding the filing of this Complaint,

28   Avenatti directed and caused EA to make transfers of its property, including money, to or for the

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

benefit of the defendants (including Avenatti) that exceeded the total amount, if any, that such defendants paid to EA prior to and during such time period.  That excess amount is referred to herein as the "4-Year Transfers."  **Exhibit 1** identifies the currently known money transfers made by EA to or for the benefit of the defendants during this period that are part of the 4-Year Transfers.

33.    The 4-Year Transfers were made by EA with the actual intent to hinder, delay, or defraud its creditors.  Specifically, Avenatti directed and caused EA to make these transfers to or for the benefit of the defendants to fund his (and his wife) Storie's opulent lifestyle and not to sustain or promote the business of EA, even though he knew or consciously or recklessly chose to ignore facts known to him that strongly suggested that EA (i) had not filed federal tax returns since 2012; (ii) owed at least $2.4 million in back taxes and possible additional penalties to the IRS and (iii) had other pending creditor claims that were not being paid.

34.    The defendants did not take any of the 4-Year Transfers for a reasonably equivalent value and/or did not take such transfers in good faith.  Specifically, such defendants (i) knew or consciously or recklessly chose to ignore facts known to them that strongly suggested that the transfers were of property belonging to EA because the transfers were identified as emanating from that entity; (ii) knew or consciously or recklessly chose to ignore facts known to them that strongly suggested that the value, if any, that the defendants provided in exchange for those payments were not for the benefit of and did not benefit EA or its creditors; and (iii) knew or consciously or recklessly chose to ignore facts known to them that strongly suggested the value, if any, provided by them in exchange for such transfers conferred no or less than substantially equivalent value upon EA and its creditors.

35.    At all relevant times, the 4-Year Transfers were voidable under California Civil Code §§ 3439.04(a) and 3439.07 by one or more creditors who held and hold unsecured claims against EA.  These creditors include, without limitation, the IRS, the California Franchise Tax Board, JFL, Stephanie Clifford, Gregory Barela, Geoffrey E. Johnson, William Parrish, Robert J.

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Stoll, Jr., Stoll, Nussbaum & Polakov, a California Professional Corporation, 520 Newport Center Drive, LLC, and those persons identified as Client 1, Client 2, Client 3, Client 4 and Client 5 in the Grand Jury Indictment filed as Docket No.16, in *United States of America v. Michael John Avenatti,* SA CR No. 19-00061 JVS, in the United States District Court, Central District of California, Southern Division.

36.    To the extent that EA made the 4-Year transfers to (1) Storie, as the initial (first) transferee, those transfers also were made for the benefit of Avenatti; (2) Avenatti, as the initial (first) transferee, those transfers also were made for the benefit of Storie; (3) AA, as the initial (first) transferee, those transfers also were made for the benefit of Avenatti; and (4) AA, as the initial (first) transferee, and then transferred by AA to Storie, as an immediate (subsequent) transferee, those transfers were for the benefit of Avenatti.

## THIRD CLAIM FOR RELIEF

### (Against all Defendants, To Avoid and Recover Intentionally Fraudulent Transfers of Money and Other Property under 11 U.S.C. §548(a)(1)(A))

37.    The Trustee incorporates by reference and realleges paragraphs 1-23 of this Complaint.

38.    During the two years prior to the Petition Date, Avenatti directed and caused EA to make transfers of its property, including money, to or for the benefit of the defendants (including Avenatti) that exceeded the total amount, if any, that such defendants paid to EA prior to and during such time period.  That excess amount is referred to herein as the "2-Year Transfers." **Exhibit 1** identifies the currently known money transfers made by EA to or for the benefit of the defendants during this period that are part of the 2-Year Transfers.

39.    The 2-Year Transfers were made by EA with the actual intent to hinder, delay, or defraud its creditors.  Specifically, Avenatti directed and caused EA to make these transfers to or for the benefit of the defendants to fund his (and his wife) Storie's opulent lifestyle and not to sustain or promote the business of EA, even though he knew or consciously or recklessly chose to

1  ignore facts known to him that strongly suggested that EA (i) had not filed federal tax returns

2  since 2012; (ii) owed at least $2.4 million in back taxes and possible additional penalties to the

3  IRS and (iii) had other pending creditor claims that were not being paid.

4       40.     The defendants did not take any of the 2-Year Transfers for a reasonably equivalent

5  value and/or did not take such transfers in good faith.  Specifically, such defendants (i) knew or

6  consciously or recklessly chose to ignore facts known to them that strongly suggested that the

7  transfers were of property belonging to EA because the transfers were identified as emanating

8  from that entity; (ii) knew or consciously or recklessly chose to ignore facts known to them that

9  strongly suggested that the value, if any, that the defendants provided in exchange for those

10  payments were not for the benefit of and did not benefit EA or its creditors; and (iii) knew or

11  consciously or recklessly chose to ignore facts known to them that strongly suggested the value, if

12  any, provided by them in exchange for such transfers conferred no or less than substantially

13  equivalent value upon EA and its creditors.

14  **FOURTH CLAIM FOR RELIEF**

15  (**Against all Defendants, To Avoid Preferential Transfers of Money and Other Property**

16  **under 11 U.S.C. §§ 547(b))**

17       41.     The Trustee incorporates by reference and realleges paragraphs 1-23, 25-30, 32-36,

18  and 38-40 of this Complaint.  This claim for relief is brought as an alternative to the first through

19  third claims for relief, but solely with respect to those transfers which are alleged therein to be

20  voidable transfers made within the one year period immediately preceding the Petition Date, and

21  only to the extent that a defendant alleges to have given reasonably equivalent value in exchange

22  for such transfer, and then only against that defendant.  At all relevant times, each of the

23  defendants was, for the reasons set forth in paragraphs 1-23 of the Complaint, an insider of EA.

24       42.     During the 1 year prior to the Petition Date, EA made the transfers identified in

25  **Exhibit 1** (the "1-Year Transfers"), to or for the benefit of the defendants, and according to proof

26  at trial.  To the extent, if any, that the 1-Year Transfers were in payment of an obligation that EA

27  owed to the defendants, such obligation was an antecedent debt.

28       43.     As a result of the 1-Year Transfers, the defendants received from EA more than

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

they would have received if such transfers had not been made and this case was a case under

chapter 7 of the Bankruptcy Code.

## FIFTH CLAIM FOR RELIEF

**(Against All Defendants, To Recover Avoided and/or Preferential Transfers of Money and Other Personal Property under 11 U.S.C. § 550(a)(1), (a)(2) and Cal. Civ. Code §§ 3439.08(b))**

44.     The Trustee incorporates by reference and realleges paragraphs 1-23, 25-30, 32-36, 38-40, and 41-43 of this Complaint.

45.     To the extent that the defendants, named and unnamed, are the initial transferees of the transfers referred to in this Complaint and such transfers are voided, such defendants are strictly liable for their return to the Trustee.

46.     To the extent that the defendants, named and unnamed, are not the initial transferees of the transfers referred to in this Complaint, such defendants are subsequent transferees of the initial transferee of such payments.

47.     To the extent that the defendants, named and unnamed, are subsequent transferees of the initial transferee of the transfers referred to in this Complaint, such defendants did not take such transfers for value and/or in good faith and/or without knowledge of the voidability of such transfers.

48.     Each of the transfers referred to in this claim for relief is recoverable from such defendants, named and unnamed, as a subsequent transferee of the transfers that Avenatti directed and caused EA to make to the initial transferees thereof.

## SIXTH CLAIM FOR RELIEF

**(Against All Defendants for Declaratory Relief and Turnover under 11 U.S.C. § 542(a))**

49.     The Trustee incorporates by reference and realleges paragraphs 1-23 of this Complaint.

50.     If any defendant may claim to be the original purchaser or owner of any of the four pieces of art identified as 8-Year, 4-Year, 2-Year, or 1-Year transfers identified in the First through Fourth Claims for Relief in this Complaint (the "EA Art", described in **Exhibit 2**) and, for

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

that reason, such property is not voidable and recoverable by the Trustee under 11 U.S.C. §§ 544(a), (b), 547(b), and 548(a)(1)(A), and the California Voidable Transfer Act, California Civil Code §§ 3439, *et seq.,* an actual and genuine controversy exists between such defendant(s) and the Trustee as to the EA Bankruptcy Estate's rights and interests in such property.

51.     The Trustee contends that (i) the EA Estate owns 100% of the property of EA in existence on February 13, 2019, which property includes the EA Art; (ii) as the legal representative of the EA Bankruptcy Estate, he holds exclusive, right, title and interest in such property on behalf of the EA Bankruptcy Estate; (iii) the EA Bankruptcy Estate's ownership, right, title and interest in such property is free and clear of any and all other claims of ownership by defendant and, as the representative of the EA Bankruptcy Estate, he is the only party authorized to use and dispose of such property except as otherwise authorized by applicable law and subject to perfected security interests that are not avoidable.

52.     The Trustee contends that defendants or one or more of them dispute to Trustee's contentions set forth in this claim for relief and claim ownership or other rights in such property.

53.     Pursuant to California Civil Code § 3439.07(3)(C), the Trustee is entitled to a judicial determination and a declaratory judgment that (i) the EA Bankruptcy Estate is the sole owner of and holds exclusive right, title and interest in such property and the Trustee is the only party authorized by law to exercise such rights; (ii) defendants' post-receivership conduct in connection with their pursuit of their purported claims to such property is a violation of law; and (iii) to the extent that Storie files a claim against the EA Bankruptcy Estate for her support judgment, the EA Bankruptcy Estate is not liable on any support judgment obtained by Storie, and therefore Storie has no right to the EA Art.

54.     If this Court determines that the EA Bankruptcy Estate is the rightful owner EA Art and, for that reason, such property is not voidable and recoverable by the Trustee under 11 U.S.C. §§ 544(a), (b), 547(b), and 548(a)(1)(A) and the California Voidable Transfer Act, California Civil Code §§ 3439, *et seq.,* the Court should order that such property be turned over to the Trustee pursuant to 11 U.S.C. § 542(a) as property that the Trustee may use, sell, or lease under 11 U.S.C. § 363 *et seq.,* that is not of inconsequential value or benefit to the EA Bankruptcy Estate.

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**SEVENTH CLAIM FOR RELIEF**

**(Against Michael Avenatti and Does 1-10 for Breach of Fiduciary Duty)**

55.     The Trustee incorporates by reference and re alleges paragraphs 1-23, 25-30, 32-36, 38-40, 41-43, and 45-48 of this Complaint.

56.     As the Managing Partner, an owner, and a person-in-charge of EA, at all relevant times Avenatti owed the duties of a fiduciary to EA, including the duties of undivided loyalty to EA and to act in EA's best interest, which (i) prohibited him from undertaking or participating in activities adverse to the interests of EA and its clients and other creditors; (ii) required him to protect the assets of EA's clients and co-counsel in the possession of EA for the benefit of such persons; (iii) to the extent that EA was insolvent or on the verge of insolvency, required him to protect EA's assets for the benefit of its creditors; and (iv) required him to account to and keep EA and its clients  fully informed as to all matters pertaining to its/their respective interests.  Because Avenatti was a person ultimately responsible for overseeing the day-to-day business operations and financial performance of EA and involved in supervising all aspects of EA's financial affairs, at all relevant times, he was well aware of the dubious financial condition (and other illegitimate activities) of EA.  Despite this knowledge, Avenatti caused EA to make the above described transfers to or for himself and the other defendants in violation of EA's rights and obligations to its clients/creditors.  In so doing, Avenatti breached his fiduciary duties of care and loyalty to EA, and was a direct and proximate cause of, and a substantial factor in causing damage to EA and its clients/creditors.  Those damages are at least $17,000,000.00, and according to proof at trial.

57.     The wrongful conduct of Avenatti as alleged in this claim for relief, was willful, wanton, malicious, oppressive, outrageous and fraudulent, and justifies an award of punitive damages in an amount sufficient to punish said defendant and deter future conduct of this type.

**EIGHTH CLAIM FOR RELIEF**

**(Against all Defendants for Preliminary and Permanent Injunction pursuant to Cal. Civ. Code § 3439.07(a)(3)(A))**

58.     The Trustee incorporates by reference and realleges paragraphs 1-23, 25-30, 32-36, 38-41, 43-47, and 50-54 of this Complaint.

59.    Defendants' claims and conduct with respect to the EA Art and other voidable transferred EA property (including the 8-Year, 4-Year and 3-Year Transfers and their proceeds) is a violation of the EA Bankruptcy Estate's right, title and interest in and to such property and a violation of the Trustee's exclusive right of control over property of the EA Bankruptcy Estate.

60.    Pursuant to California Civil Code § 3439.07(3)(A), the Court should issue a preliminary and permanent injunction restraining defendants and all others acting for them from interfering in any way with the EA Bankruptcy Estate or its property, including the EA Art and the Trustee's administration of such property for the benefit of the EA Bankruptcy Estate and its creditors.

61.    The applicable principles of equity dictate that defendants be preliminarily and permanently enjoined from directly or indirectly transferring, selling, assigning, pledging, hypothecating, encumbering, dissipating, distributing or moving the assets of the EA Bankruptcy Estate which have been fraudulently transferred to defendants by EA via the machinations of Avenatti.

### NINTH CLAIM FOR RELIEF

**(Against all Defendants for Disallowance of Proofs of Claim Pursuant to 11 U.S.C. § 502(d))**

62.    The Trustee incorporates by reference and realleges paragraphs 1-23, 25-30, 32-36, 38-41, 43-47, and 50-54 of this Complaint.

63.    Defendants are in possession of or are intended beneficiaries of fraudulent or preferential transfers that are recoverable for the benefit of the EA Bankruptcy Estate, pursuant to 11 U.S.C. §§ 544, 547, 548 and 550, and California Civil Code § 3439, *et seq.*  Defendants have failed and refused to disgorge those voidable and/or preferential transfers that are recoverable for the benefit of the EA Bankruptcy Estate.

64.    To the extent that Defendants file proofs of claim against the EA Bankruptcy Estate, and unless and until those voidable or preferential transfers are repaid in full to the EA Bankruptcy Estate, no part of defendants' proofs of claim are an allowable claim.

///

///

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**<u>TENTH CLAIM FO RELIEF</u>**

**(Against Avenatti and AA and Does 1-10 for Equitable Subordination of Claims and Liens**

**Pursuant to 11 U.S.C. § 510(c))**

65.    The Trustee incorporates by reference and realleges paragraphs 1-23, 25-30, 32-36, 38-41, 43-47, 50-54 and 62-63 of this Complaint.

66.    As the Managing Partner/an Owner/Person-in-Charge of EA, at all relevant times Avenatti owed the duties of a fiduciary to EA, including the duties of undivided loyalty to EA and to act in EA's best interest, which (i) prohibited him from undertaking or participating in activities adverse to the interests of EA and its clients and other creditors; (ii) required him to protect the assets of EA's clients and co-counsel in the possession of EA for the benefit of such persons; (iii) to the extent that EA was insolvent or on the verge of insolvency, required him to protect EA's assets for the benefit of its creditors; and (iv) required him to account to and keep EA and its clients  fully informed as to all matters pertaining to its/their respective interests.  Because Avenatti was a person ultimately responsible for overseeing the day-to-day business operations and financial performance of EA, and involved in supervising all aspects of EA's financial affairs, at all relevant times, he was well aware of the dubious financial condition (and other illegitimate activities) of EA.  Despite this knowledge, Avenatti caused EA to make the above described distributions to or for himself and the other defendants in violation of EA's rights and obligations to its creditors.  In so doing, Avenatti breached his fiduciary duties to EA, and was a direct and proximate cause of, and a substantial factor in causing damage to EA and its creditors in the amount of the transfers made by EA to or for his own benefit and the benefit of the other defendants.

67.    11 U.S.C. § 510(c) provides:

Notwithstanding subsections (a) and (b) of this section, after notice and a hearing, the court may under principles of equitable subordination, subordinate for purposes of distribution all or part of an allowed claim to all or part of another allowed claim or all or part of an allowed interest to all or part of another allowed interest.

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

68.     At all relevant times, Avenatti (and by extension AA and Does 1-10, acting at the direction or under the control of or in concert with Avenatti) engaged in inequitable conduct toward EA by pilfering the assets of a law firm (including client funds) for Avenatti's own benefit, including the wrongful conduct described throughout this Complaint, which has resulted in injury to EA and its creditors.  Among other wrongful conduct, in breach of his fiduciary duties to EA and its creditors Avenatti improperly placed his own interests (and the interests of AA and Does 1-10 acting at the direction or under the control of or in concert with Avenatti) over the interests of EA and its creditors.  This inequitable conduct has resulted in harm to EA, its creditors and the EA Bankruptcy Estate in that EA's general unsecured creditors are less likely to recover the full amounts owed to them because of the wrongful conduct of Avenatti.

69.     Principles of equitable subordination require that any and all claims, whether or not yet filed of record, and whether or not secured, of Avenatti (and AA and Does 1-10 acting at the direction or under the control of or in concert with AA) against the EA Bankruptcy Estate be equitably subordinated to the allowed general unsecured claims against the EA Bankruptcy Estate, and such equitable subordination is consistent with the provisions and purposes of the Bankruptcy Code

**WHEREFORE,** the Trustee, on behalf of the EA Bankruptcy Estate, prays for judgment against the defendants, and each of them, as follows:

1.     On the First Claim for Relief, for a judgment against the defendants that (i) avoids the 8-Year Transfers from EA to or for the benefit of the defendants as actual voidable transfers and (ii) imposes a constructive trust on the 8-Year Transfers and any proceeds thereof;

2.     On the Second Claim for Relief, for a judgment against the defendants that (i) avoids the 4-Year Transfers from EA to or for the benefit of the defendants as actual voidable transfers and (ii) imposes a constructive trust on the 4-Year Transfers and any proceeds thereof;

3.     On the Third Claim for Relief, for a judgment against the defendants that (i) avoids the 2-Year Transfers from EA to or for the benefit of the defendants as actual voidable transfers and (ii) imposes a constructive trust on the 2-Year Transfers and any proceeds thereof;

4.     On the Fourth Claim for Relief, for a judgment against the defendants that avoids

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    the 1-Year Transfers from EA to or for the benefit of the defendants as preferential transfers

2      5.  On the Fifth Claim for Relief, for a judgment against the defendants that awards

3    damages in an amount equal to the value of the 8, 4, 2, and 1-Year Transfers at the time those

4    transfers were made;

5      6.  On the Sixth Claim for Relief, for a judgment against the defendants for the

6    turnover of the EA Art to the Trustee and a declaratory judgment determining that the Trustee, as

7    the legal representative of the EA Bankruptcy Estate (i) is the sole owner of and holds exclusive

8    right, title and interest in the EA Art and such ownership is free and clear of any and all claims of

9    ownership by the defendants; (ii) is the only party authorized by law to exercise right, title and

10   interest in the EA Estate and its property, including the EA Art, and is the only party authorized to

11   exercise such rights; and (iii) to the extent Storie files a claim against the EA Bankruptcy Estate

12   for her support judgment, that the EA Bankruptcy Estate is not liable on any support judgment

13   obtained by Storie;

14     7.  On the Seventh Claim for Relief, for a judgment against Avenatti and any hereafter

15   named defendants for breach of fiduciary duty for compensatory and exemplary damages in an

16   amount to be determined at trial;

17     8.  On the Eighth Claim for Relief, for a judgment against defendants preliminarily

18   and permanently enjoining and preventing defendants from directly or indirectly transferring,

19   selling, assigning, pledging, hypothecating, encumbering, dissipating, distributing or moving the

20   fraudulently transferred assets of the EA Bankruptcy Estate or the proceeds thereof and their

21   personal assets (except as necessary in the ordinary course of business or for normal living

22   expenses), or from interfering in any way with the EA Bankruptcy Estate or its property, including

23   the EA Art, until judgment in this proceeding has been satisfied;

24     9.  On the Ninth Claim for Relief, for a judgment against defendants disallowing any

25   and all proofs of claim, whether or not yet filed of record, of the defendants against the EA

26   Bankruptcy Estate;

27     10.  On the Tenth Claim for Relief, for a judgment against defendants equitably

28   subordinating any and all claims and/or liens, whether or not yet filed of record, of the defendants

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  against the EA Bankruptcy Estate to the allowed general unsecured claims against the EA

2  Bankruptcy Estate;

3       11.    For pre and post-judgment interest at the applicable legal rate on all damages and

4  sums awarded to the Trustee; and

5       12.    For such other relief as the Court deems just and proper.

6

7    Dated: September 16, 2019              LANDAU GOTTFRIED & BERGER LLP

8

9                         By _____/s/ Jack A. Reitman_____

                                 Jack A. Reitman

10                         Proposed Special Litigation Attorneys for

                       Richard A. Marshack,

11                         Chapter 7 Trustee for Eagan Avenatti, LLP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

EXHIBIT 1

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 6/24/2014 | (52,957.30) | Wire | | WIRE/OUT-2014062400002774;BNF ALEDMI LLC 1302400814 |
| 6/13/2014 | (2,150,000.00) | Wire | | WIRE/OUT-2014061300004116;BNF ALEDMI LLC 1302002456 |

EXHIBIT 1
20

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 6/18/2018 | (16,000.00) | Wire | | WIRE/OUT-2018061800005930;BNF Alexis Gardner 1304301667 |

EXHIBIT 1
21

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 11/13/2017 | (18,171.27) | Wire | | WIRE/OUT-2017111300006071;BNF Alki Bakery Inc 1304401264 |
| 12/7/2017 | (17,433.01) | Wire | | WIRE/OUT-2017120700003191;BNF Alki Bakery Inc 1304500799 |
| 12/13/2017 | (13,424.37) | Wire | | WIRE/OUT-2017121300005819;BNF Alki Bakery Inc. 1304401594 |
| 12/20/2017 | (13,801.83) | Wire | | WIRE/OUT-2017122000006881;BNF Alki Bakery Inc. 1304101892 |
| 12/28/2017 | (13,480.78) | Wire | | WIRE/OUT-2017122800007159;BNF Alki Bakery 1304402028 |
| 1/2/2018 | (13,536.63) | Wire | | WIRE/OUT-2018010200007247;BNF Alki Bakery 1304801892 |
| 1/9/2018 | (12,880.92) | Wire | | WIRE/OUT-2018010900003615;BNF Alki Bakery 1304400940 |
| 1/22/2018 | (10,269.61) | Wire | | WIRE/OUT-2018012200004909;BNF Alki Bakery 1303901165 |
| 2/20/2018 | (10,113.30) | Wire | | WIRE/OUT-2018022000007807;BNF Alki Bakery Inc. 1305202152 |

EXHIBIT 1
22

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 9/3/2013 | (30,000.00) | Wire | | WIRE/OUT-2013090300005540;BNF ANDREW DAVIS 1301601838 |
| 3/14/2013 | (20,000.00) | Wire | | WIRE/OUT-2013031400005275;BNF ANDREW DAVIS 1300401716 |
| 3/11/2013 | (10,000.00) | Wire | | WIRE/OUT-2013031100005554;BNF ANDREW DAVIS 1300201754 |

EXHIBIT 1
23

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 10/18/2016 | (12,914.00) | Wire | | WIRE/OUT-2016101800005883;BNF B-Squared Construction Inc 1305001545 |

EXHIBIT 1
24

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 3/22/2013 | (17,300.00) | Wire | | WIRE/OUT-2013032200011100;BNF BMC & GEE 1300201938 |

EXHIBIT 1
25

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 1/17/2014 | (30,000.00) | Wire | | WIRE/OUT-2014011700006103;BNF BOB FAIETA DBA COMPETITION 1302001776 |
| 12/16/2013 | (100,000.00) | Wire | | WIRE/OUT-2013121600004191;BNF BOB FAIETA DBA COMPETITION 1302001282 |

EXHIBIT 1
26

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 1/11/2017 | 200,000.00 | Wire | | WIRE/IN-2017011100004444;ORG CASCADE CAPITAL GROUP, LLC 1304101117 |
| 6/17/2016 | (213,099.00) | Wire | | WIRE/OUT-2016061700007208;BNF Cascade Capital Group, LLC 1303701954 |
| 6/17/2016 | (268,135.00) | Wire | | WIRE/OUT-2016061700007207;BNF Cascade Capital Group, LLC 1303701952 |
| 9/24/2015 | 79,239.00 | Wire | | WIRE/IN-2015092400006524;ORG CASCADE CAPITAL GROUP, LLC 1303701716 |
| 9/24/2015 | 170,761.00 | Wire | | WIRE/IN-2015092400006519;ORG CASCADE CAPITAL GROUP LLC 1303701712 |
| 2/5/2015 | (18,000.00) | Check | 15011 | 15011* | Cascade Capital Group |
| 6/26/2014 | (15,640.00) | Wire | | WIRE/OUT-2014062600003936;BNF CASCADE CAPITAL GROUP CASH BAL 1302201056 |
| 6/26/2014 | (368,496.00) | Wire | | WIRE/OUT-2014062600003549;BNF CASCADE CAPITAL GROUP 1302200968 |
| 3/19/2013 | 250,000.00 | Wire | | WIRE/IN-2013031900003659;ORG CASCADE CAPITAL GROUP LLC  1300301246 |

Net:        (183,370.00)

EXHIBIT 1
27

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 3/28/2014 | (25,000.00) | Wire | | WIRE/OUT-2014032800004438;BNF CHRISTINE AVENATTI CARLIN 1301901168 |
| 3/5/2014 | (10,000.00) | Wire | | WIRE/OUT-2014030500005461;BNF CHRISTINE AVENATTI CARLIN 1301901727 |
| 2/10/2014 | (10,000.00) | Wire | | WIRE/OUT-2014021000005200;BNF CHRISTINE AVENATTI CARLIN 1302101594 |
| 9/4/2013 | (10,000.00) | Wire | | WIRE/OUT-2013090400006502;BNF CHRISTINE AVENATTI CARLIN 1301601952 |

EXHIBIT 1
28

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 12/23/2013 | (50,000.00) | Wire | | WIRE/OUT-2013122300005010;BNF DAMIEN FAULKNER;OBI ACCT# 1880 1302001464 |

EXHIBIT 1
29

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 7/5/2013 | (100,000.00) | Wire | | WIRE/OUT-2013070500004274;BNF DEMPSEY RACING LLC 1301701466 |
| 4/10/2013 | (175,000.00) | Wire | | WIRE/OUT-2013041000006807;BNF DEMPSEY RACING LLC 1300302170 |

EXHIBIT 1
30

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 2/20/2018 | (17,955.70) | Wire | | WIRE/OUT-2018022000007787;BNF Dillanos Coffee Roasters 1305202144 |
| 11/13/2017 | (31,737.15) | Wire | | WIRE/OUT-2017111300006072;BNF Dillanos Coffee Roasters 1304401266 |

EXHIBIT 1
31

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 3/28/2013 | (10,542.96) | Wire | | WIRE/OUT-2013032800007641;BNF DRIVING HOLIDAYS LIMITED 1300301888 |

EXHIBIT 1
32

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 11/9/2016 | (1,837.04) | Check | 15847 | 15847 \| Law Offices of Michael Q. Eagan |
| 9/22/2016 | (1,980.98) | Check | 15792 | 15792 \| Law Offices of Michael Q. Eagan |
| 6/29/2016 | (946.13) | Check | 15724 | 15724* \| Law Offices of Michael Q. Eagan |
| 6/16/2016 | (1,615.90) | Check | 15704 | 15704* \| Law Offices of Michael Q. Eagan |
| 3/29/2016 | (1,262.71) | Check | 15578 | 15578 \| Law Offices Of Michael Q Eagan |
| 3/1/2016 | (1,924.86) | Check | 15561 | 15561* \| Law Offices Of Michael Q Eagan |
| 11/9/2015 | (2,209.09) | Check | 15374 | 15374 \| Law Offices of Micheal Q. Eagan |
| 10/29/2015 | (1,717.45) | Check | 15334 | 15334* \| Law Offices of Micheal Q. Eagan |
| 2/13/2015 | (2,331.74) | Check | 15083 | 15083 \| Law Offices of Michael Q. Eagan |
| 1/5/2015 | (3,116.25) | Check | 10031 | 10031 \| Law Offices Of Michael Q Eagan |
| 7/7/2014 | (984.67) | Check | 9738 | 9738* \| Law Offices of Michael Q. Eagan |
| 3/24/2014 | (2,247.98) | Check | 9478 | 9478 \| Law Offices Of Michael Q. Eagan |
| 12/9/2013 | (3,769.45) | Check | 9324 | 9324 \| Law Offices Of Michael Q Eagan |
| 11/20/2013 | (3,436.73) | Check | 9246 | 9246 \| Law Offices Of Michael Q Eagan |
| 6/28/2013 | (2,442.57) | Check | 9036 | 9036 \| Law Offices of Michael Q. Eagan |
| 6/20/2013 | (100,000.00) | Wire | | WIRE/OUT-2013062000004949;BNF LAW OFFICES OF MICHAEL Q. EAGA 130190146̸ |
| 6/17/2013 | 100,000.00 | Wire | | WIRE/IN-2013061700006299;ORG LAW OFFICES OF MICHAEL Q EAGAN 1301801908 |

Net:        (31,823.55)

EXHIBIT 1
33

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 1/15/2013 | (18,500.00) | Wire | | WIRE/OUT-2013011400006764;BNF ELITE TIME INC 1300300058 |

EXHIBIT 1
34

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 6/5/2014 | (35,888.50) | Check | 9657 | 9657 | Evergreen Barbecue INC |
| 7/10/2013 | (2,198.55) | Check | 9012 | 9012 | Evergreen Barbecue Inc |
| 1/3/2013 | (8,642.08) | Check | 8752 | 8752* | Evergreen Barbecue, Inc. |

EXHIBIT 1
35

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 5/23/2016 | (42,555.22) | Check | 15680 | 15680 \| Foster Pepper |
| 12/24/2014 | (361,000.00) | Wire | | WIRE/OUT-2014122400005346;BNF FOSTER PEPPER PLLC 1303601470 |
| 5/23/2014 | (500,000.00) | Wire | | WIRE/OUT-2014052300004221;BNF FOSTER PEPPER PLLC 1302001201 |
| 7/11/2013 | 1,810,288.22 | Wire | | WIRE/IN-2013071100003573;ORG FOSTER PEPPER PLLC;OBI SETTLEME 1301901032 |
| 7/9/2013 | 350,000.00 | Wire | | WIRE/IN-2013070900004440;ORG FOSTER PEPPER PLLC;OBI SETTLEME 1302301250 |
| 7/5/2013 | 1,500,000.00 | Wire | | WIRE/IN-2013070500006651;ORG FOSTER PEPPER PLLC;OBI IN PAYME 1301702097 |
| 7/2/2013 | 2,429,893.13 | Wire | | WIRE/IN-2013070200005143;ORG FOSTER PEPPER PLLC;OBI RETURN O 1301901568 |
| 6/25/2013 | (7,000,000.00) | Wire | | WIRE/OUT-2013062500005049;BNF FOSTER PEPPER PLLC IOLTA TRUST 1302101415 |

Net:        (1,813,373.87)

EXHIBIT 1
36

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 3/7/2014 | (95,000.00) | Wire | | WIRE/OUT-2014030700002993;BNF FREIGHTLINER STERLING 1302000754 |

EXHIBIT 1
37

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 3/7/2014 | (30,000.00) | Wire | | WIRE/OUT-2014030700004745;BNF GALLO BUILDERS INC 1302001294 |
| 12/16/2013 | (61,000.00) | Wire | | WIRE/OUT-2013121600004113;BNF GALLO BUILDERS INC. 1302001270 |

EXHIBIT 1
38

**Eagan Avenatti, LLP**
**Inflows & Outflows Between Eagan Avenatti, LLP and Global Barristas**

| | | |
|---|---|---:|
| Summary | | |
| Inflows | | 8,124,217.80 |
| Outflows | | (10,608,939.16) |
| Net Inflow (Outflow) | | (2,484,721.36) |

| Date | Description | Inflows | Outflows |
|---|---|---:|---:|
| 7/26/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008349 2307600651 | - | (10.00) |
| 7/25/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005416 2308501777 | - | (39,650.00) |
| 7/11/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000717 2307700721 | - | (11,000.00) |
| 7/10/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004582 2308100889 | - | (14,400.00) |
| 7/10/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000167 2308100895 | - | (200.00) |
| 7/9/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009264 2309103917 | - | (650.00) |
| 7/3/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004371 2308002461 | - | (600.00) |
| 6/27/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001444 2307401731 | - | (22,300.00) |
| 6/22/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006870 2308400941 | - | (320.00) |
| 6/21/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007351 2307500635 | - | (60.00) |
| 6/20/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006760 2308100637 | - | (400.00) |
| 6/14/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004286 2307601875 | - | (7,400.00) |
| 6/12/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003827 2308604101 | - | (17,300.00) |
| 6/6/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005349 2307600793 | - | (636.00) |
| 6/4/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001880 2307904753 | - | (185.00) |
| 6/1/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009971 2308101907 | - | (10.00) |
| 5/31/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007433 2308201335 | - | (6,225.00) |
| 5/30/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004035 2308400915 | - | (17,600.00) |
| 5/29/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003739 2309300 | 905.00 | - |
| 5/25/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000004993 2308601 | 4,000.00 | |
| 5/22/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004174 2307900567 | - | (320.00) |
| 5/21/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009901 2308603817 | - | (200.00) |
| 5/18/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000002383 2308701035 | - | (2,000.00) |
| 5/17/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004737 2308000605 | - | (3,100.00) |
| 5/16/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005090 2308102791 | - | (12,000.00) |
| 5/16/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003028 2308102785 | - | (95.00) |
| 5/15/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009546 2308101153 | - | (7,500.00) |
| 5/8/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002788 2308501 | 1,900.00 | - |
| 5/4/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005057 2308401121 | - | (1,600.00) |
| 5/3/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002459 2308400 | 38,400.00 | - |
| 5/1/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009387 2308003971 | - | (1,000.00) |
| 5/1/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005946 2308002713 | - | (16,000.00) |
| 4/27/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000002952 2308300977 | - | (1,750.00) |
| 4/27/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000002608 2308303985 | - | (2,500.00) |
| 4/26/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000010 2307600671 | - | (6,000.00) |
| 4/24/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007091 2308100517 | - | (22,000.00) |
| 4/20/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004253 2308601039 | - | (2,700.00) |
| 4/19/2018 | WIRE/IN-2018041900000723;ORG GLOBAL BARISTAS US LLC;REF | 9,380.00 | - |
| 4/19/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007016 2308203469 | - | (2,000.00) |
| 4/18/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003022 2308200781 | - | (23,100.00) |
| 4/17/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009740 2308100869 | - | (1,000.00) |
| 4/17/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004900 2308100867 | - | (12,500.00) |
| 4/16/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008105 2308604521 | - | (3,200.00) |
| 4/13/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005593 2308300987 | - | (200.00) |
| 4/12/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005183 2308100707 | - | (500.00) |
| 4/11/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003267 2307800621 | - | (200.00) |
| 4/10/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008509 2307500735 | - | (4,000.00) |
| 4/10/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005037 2307504803 | - | (100.00) |
| 4/9/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009064 2308805521 | - | (4,800.00) |
| 4/6/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003221 2308500963 | - | (12,500.00) |
| 4/5/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006369 2308200905 | - | (46,000.00) |
| 4/5/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005142 2308203715 | - | (5,000.00) |
| 4/5/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000002366 2308200921 | - | (10,000.00) |
| 4/4/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003545 2308302223 | - | (23,000.00) |
| 4/4/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003633 2308303305 | - | (20,000.00) |
| 4/3/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006370 2308201545 | - | (1,200.00) |
| 4/3/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005287 2308201519 | - | (18,900.00) |
| 4/2/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007033 2308306151 | - | (700.00) |

| Date | Description | Inflows | Outflows |
|---|---|---|---|
| 3/30/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003906 2308100945 | - | (400.00) |
| 3/29/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006250 2308300677 | - | (2,300.00) |
| 3/28/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007790 2307402221 | - | (1,000.00) |
| 3/28/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007331 2307402217 | - | (250.00) |
| 3/27/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009908 2308100621 | - | (4,000.00) |
| 3/26/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003070 2308603957 | - | (2,000.00) |
| 3/23/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007814 2307801941 | - | (5,000.00) |
| 3/22/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008752 2308102091 | - | (19,100.00) |
| 3/21/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006202 2307501837 | - | (44,700.00) |
| 3/20/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005478 2308500691 | - | (39,100.00) |
| 3/20/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000337 2308500689 | - | (4,600.00) |
| 3/15/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009978 2307902421 | - | (1,200.00) |
| 3/14/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003486 2307601731 | - | (3,100.00) |
| 3/13/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006196 23080005 | 650.00 | - |
| 3/12/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008757 2308404259 | - | (2,200.00) |
| 3/12/2018 | WIRE/IN-2018031200005036;ORG GLOBAL BARISTAS US LLC;REF | 5,900.00 | - |
| 3/9/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004914 2308402309 | - | (15,500.00) |
| 3/7/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000002792 2308202141 | - | (3,700.00) |
| 3/7/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001972 2308201757 | - | (19,000.00) |
| 3/7/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000936 2308200615 | - | (700.00) |
| 3/7/2018 | WIRE/IN-2018030700005086;ORG GLOBAL BARISTAS US LLC;REF | 9,100.00 | - |
| 3/6/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000008 2308500751 | - | (14,200.00) |
| 3/5/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006124 23087045 | 5,150.00 | - |
| 3/5/2018 | WIRE/IN-2018030500005760;ORG GLOBAL BARISTAS US LLC;REF | 29,500.00 | - |
| 3/5/2018 | WIRE/IN-2018030500003694;ORG GLOBAL BARISTAS US LLC;REF | 11,400.00 | - |
| 3/2/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006008 2308802989 | - | (6,500.00) |
| 3/2/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000008757 23088011 | 9,200.00 | - |
| 3/1/2018 | WIRE/IN-2018030100003337;ORG GLOBAL BARISTAS US LLC;REF | 12,800.00 | - |
| 2/28/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002598 23082009 | 3,750.00 | - |
| 2/28/2018 | WIRE/IN-2018022800009311;ORG GLOBAL BARISTAS US LLC;REF | 3,850.00 | - |
| 2/27/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002653 23082007 | 10,700.00 | - |
| 2/27/2018 | WIRE/IN-2018022700005602;ORG GLOBAL BARISTAS US LLC;REF | 5,250.00 | - |
| 2/26/2018 | WIRE/IN-2018022600006116;ORG GLOBAL BARISTAS US LLC;REF | 11,200.00 | - |
| 2/23/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 2308305165 | - | (2,500.00) |
| 2/23/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009584 2308302265 | - | (2,625.00) |
| 2/23/2018 | WIRE/IN-2018022300004785;ORG GLOBAL BARISTAS US LLC;REF | 1,600.00 | - |
| 2/23/2018 | WIRE/IN-2018022300003991;ORG GLOBAL BARISTAS US LLC;REF | 3,500.00 | - |
| 2/22/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001920 2307902081 | - | (22,200.00) |
| 2/22/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001015 2307901897 | - | (1,100.00) |
| 2/22/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000155 2307904845 | - | (2,800.00) |
| 2/22/2018 | WIRE/IN-2018022200003731;ORG GLOBAL BARISTAS US LLC;REF | 8,650.00 | - |
| 2/22/2018 | WIRE/IN-2018022200004689;ORG GLOBAL BARISTAS US LLC;REF | 2,800.00 | - |
| 2/22/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003420 2307900015 | - | (2,000.00) |
| 2/21/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008909 2308403193 | - | (2,000.00) |
| 2/21/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007333 2308400791 | - | (30,750.00) |
| 2/21/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003030 2308400787 | - | (4,900.00) |
| 2/20/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007325 2309208281 | - | (2,000.00) |
| 2/20/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007297 23092061 | 38,300.00 | - |
| 2/20/2018 | WIRE/IN-2018022000007190;ORG GLOBAL BARISTAS US LLC;REF | 25,500.00 | - |
| 2/16/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005595 2308501439 | - | (4,600.00) |
| 2/15/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002219 23079009 | 9,300.00 | - |
| 2/14/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002441 23077010 | 11,800.00 | - |
| 2/14/2018 | WIRE/IN-2018021400005056;ORG GLOBAL BARISTAS US LLC;REF | 25,300.00 | - |
| 2/13/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001319 2308101341 | - | (9,000.00) |
| 2/13/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000009298 23081007 | 9,800.00 | - |
| 2/13/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007949 23081013 | 9,000.00 | - |
| 2/9/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001447 2308101055 | - | (4,000.00) |
| 2/9/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000698 2308101049 | - | (150.00) |
| 2/9/2018 | WIRE/IN-2018020900005385;ORG GLOBAL BARISTAS US LLC;REF | 9,500.00 | - |
| 2/8/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008036 2307600669 | - | (6,700.00) |
| 2/8/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005851 2307600665 | - | (1,000.00) |
| 2/7/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000506 2307901267 | - | (56,400.00) |
| 2/7/2018 | WIRE/IN-2018020700005309;ORG GLOBAL BARISTAS US LLC;REF | 10,000.00 | - |
| 2/6/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008987 2308100719 | - | (15,000.00) |
| 2/6/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007133 2308100707 | - | (5,250.00) |
| 2/6/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003022 2308102993 | - | (30,000.00) |
| 2/5/2018 | WIRE/IN-2018020500004910;ORG GLOBAL BARISTAS US LLC;REF | 9,100.00 | - |

| Date | Description | Inflows | Outflows |
|------|-------------|---------|----------|
| 2/5/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000008345 23081046 | 2,800.00 | - |
| 2/2/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000000340 23088022 | 8,800.00 | - |
| 2/1/2018 | WIRE/IN-2018020100006420;ORG GLOBAL BARISTAS US LLC;REF | 20,700.00 | - |
| 1/25/2018 | WIRE/IN-2018012500007111;ORG GLOBAL BARISTAS US LLC;REF | 6,850.00 | - |
| 1/24/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005436 2307701067 | - | (24,700.00) |
| 1/24/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004132 2307701057 | - | (12,500.00) |
| 1/24/2018 | WIRE/IN-2018012400005495;ORG GLOBAL BARISTAS US LLC;REF | 11,900.00 | - |
| 1/23/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000002149 2307900755 | - | (12,100.00) |
| 1/23/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001824 2307900769 | - | (9,200.00) |
| 1/22/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006601 2309207621 | - | (2,700.00) |
| 1/22/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000009430 23092036 | 5,000.00 | - |
| 1/22/2018 | WIRE/IN-2018012200005442;ORG GLOBAL BARISTAS US LLC;REF | 25,700.00 | - |
| 1/19/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004373 2308600755 | - | (100.00) |
| 1/19/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000002938 2308600749 | - | (3,400.00) |
| 1/18/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006330 2307500839 | - | (10,000.00) |
| 1/18/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000000224 23075006 | 4,100.00 | - |
| 1/17/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003190 23086006 | 1,600.00 | - |
| 1/17/2018 | WIRE/IN-2018011700005825;ORG GLOBAL BARISTAS US LLC;REF | 43,000.00 | - |
| 1/16/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003558 2308808365 | - | (8,000.00) |
| 1/16/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000004839 23088067 | 25,400.00 | - |
| 1/12/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003359 2308702427 | - | (11,000.00) |
| 1/12/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000008939 23087016 | 8,600.00 | - |
| 1/11/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001344 2308000595 | - | (8,300.00) |
| 1/10/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000657 2307701279 | - | (6,650.00) |
| 1/10/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000436 2307701285 | - | (59,700.00) |
| 1/9/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009378 2307800993 | - | (1,200.00) |
| 1/9/2018 | WIRE/IN-2018010900004542;ORG GLOBAL BARISTAS US LLC;REF | 18,500.00 | - |
| 1/8/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009883 2309304081 | - | (2,400.00) |
| 1/5/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000009775 23083010 | 10,500.00 | - |
| 1/5/2018 | WIRE/IN-2018010500006101;ORG GLOBAL BARISTAS US LLC;REF | 7,100.00 | - |
| 1/4/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003051 2308502321 | - | (8,700.00) |
| 1/4/2018 | WIRE/IN-2018010400005474;ORG GLOBAL BARISTAS US LLC;REF | 670.00 | - |
| 1/4/2018 | WIRE/IN-2018010400004126;ORG GLOBAL BARISTAS US LLC;REF | 5,680.00 | - |
| 1/3/2018 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006130 2307902535 | - | (24,500.00) |
| 1/3/2018 | WIRE/IN-2018010300004136;ORG GLOBAL BARISTAS US LLC;REF | 3,700.00 | - |
| 1/3/2018 | WIRE/IN-2018010300003522;ORG GLOBAL BARISTAS US LLC;REF | 11,000.00 | - |
| 1/3/2018 | WIRE/IN-2018010300003412;ORG GLOBAL BARISTAS US LLC;REF | 13,500.00 | - |
| 1/2/2018 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003166 23080064 | 15,500.00 | - |
| 12/29/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003987 2308201515 | - | (500.00) |
| 12/29/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003630 2308201511 | - | (5,600.00) |
| 12/28/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003903 2306700851 | - | (37,400.00) |
| 12/28/2017 | WIRE/IN-2017122800007360;ORG GLOBAL BARISTAS US LLC;REF | 13,500.00 | - |
| 12/27/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003462 2307600715 | - | (37,600.00) |
| 12/26/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009240 2307604443 | - | (5,500.00) |
| 12/26/2017 | WIRE/IN-2017122600005676;ORG GLOBAL BARISTAS US LLC;REF | 32,000.00 | - |
| 12/22/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004106 2307804579 | - | (5,000.00) |
| 12/22/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003500 23078011 | 8,800.00 | - |
| 12/21/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001096 23077005 | 14,700.00 | - |
| 12/20/2017 | WIRE/IN-2017122000006699;ORG GLOBAL BARISTAS US LLC;REF | 50,900.00 | - |
| 12/19/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000004689 23076007 | 29,400.00 | - |
| 12/18/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004743 2308604159 | - | (10,500.00) |
| 12/15/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001423 23085016 | 6,700.00 | - |
| 12/14/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007188 2307700629 | - | (11,000.00) |
| 12/12/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000002406 2308400831 | - | (5,000.00) |
| 12/12/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000275 2308400835 | - | (25,000.00) |
| 12/7/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000002914 2307801011 | - | (14,000.00) |
| 12/6/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000009652 2308100725 | - | (25,000.00) |
| 12/5/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008489 2308302077 | - | (10,300.00) |
| 12/1/2017 | WIRE/OUT-2017120100005324;BNF Global Baristas US LLC;OBI 461 | - | (85,683.81) |
| 11/30/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006742 2307900907 | - | (56,000.00) |
| 11/29/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004591 2307700951 | - | (43,000.00) |
| 11/24/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008467 2307400029 | - | (11,000.00) |
| 11/21/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007277 2307901917 | - | (40,000.00) |
| 11/14/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000815 2308100651 | - | (40,000.00) |
| 10/31/2017 | WIRE/OUT-2017103100007949;BNF GLOBAL BARISTAS US LLC;OI | - | (121,468.74) |
| 10/31/2017 | WIRE/OUT-2017103100007948;BNF GLOBAL BARISTAS US LLC;OI | - | (142,191.51) |
| 10/5/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008966 2308200877 | - | (27,000.00) |

| Date | Description | Inflows | Outflows |
|---|---|---|---|
| 10/4/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008621 2308401225 | - | (95,000.00) |
| 3/20/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005634 23070044 | 20,000.00 | - |
| 3/7/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000008262 23068016 | 14,600.00 | - |
| 3/7/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000004844 23068039 | 500,000.00 | - |
| 3/6/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005724 23073058 | 75,000.00 | - |
| 3/6/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002328 23073045 | 30,000.00 | - |
| 3/3/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005814 23073011 | 10,100.00 | - |
| 3/1/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000004445 23068017 | 63,000.00 | - |
| 2/24/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000000120 23077010 | 35,500.00 | - |
| 2/23/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000009255 23074006 | 13,000.00 | - |
| 2/22/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006911 23071005 | 13,000.00 | - |
| 2/21/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000009197 23080068 | 4,500.00 | - |
| 2/17/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007401 23067021 | 17,000.00 | - |
| 2/16/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001428 23075007 | 55,000.00 | - |
| 2/2/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005938 2307201855 | - | (78,500.00) |
| 2/1/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005502 2307201855 | - | (11,500.00) |
| 1/20/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005037 2307602135 | - | (350,000.00) |
| 1/18/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005270 23068018 | 10,500.00 | - |
| 1/12/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006977 23073005 | 2,500.00 | - |
| 1/11/2017 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008773 2307102597 | - | (50,000.00) |
| 1/11/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007395 23071013 | 52,000.00 | - |
| 1/9/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001959 23072054 | 81,000.00 | - |
| 1/4/2017 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002376 23069006 | 16,500.00 | - |
| 12/30/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005269 23070008 | 10,000.00 | - |
| 12/28/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000008467 23071008 | 3,000.00 | - |
| 12/27/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003201 23072044 | 12,000.00 | - |
| 12/23/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006909 23071039 | 30,000.00 | - |
| 12/21/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001084 23072007 | 8,500.00 | - |
| 12/7/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003136 2307000617 | - | (26,000.00) |
| 12/5/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006116 23067089 | 2,000.00 | - |
| 12/5/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002570 23067046 | 18,000.00 | - |
| 12/1/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000009210 23075015 | 56,000.00 | - |
| 11/25/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007037 23063027 | 10,000.00 | - |
| 11/3/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001344 2307203503 | - | (60,000.00) |
| 11/1/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002994 23067018 | 87,500.00 | - |
| 10/27/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000237 2307804009 | - | (26,000.00) |
| 10/21/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003901 23076026 | 20,000.00 | - |
| 10/18/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002245 23075030 | 13,000.00 | - |
| 10/13/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000009003 23077006 | 5,000.00 | - |
| 10/12/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003117 23068007 | 15,000.00 | - |
| 9/9/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007633 2307103301 | - | (75,000.00) |
| 9/6/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001388 23076057 | 13,000.00 | - |
| 9/1/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000000789 23064018 | 42,000.00 | - |
| 8/11/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000008176 23062006 | 86,500.00 | - |
| 5/27/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001916 2307401039 | - | (50,000.00) |
| 5/17/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000000348 23071023 | 2,000.00 | - |
| 5/17/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007670 23071005 | 22,000.00 | - |
| 5/16/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000004659 23078068 | 15,000.00 | - |
| 5/13/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005512 2307601623 | - | (22,000.00) |
| 5/12/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001471 23069024 | 81,000.00 | - |
| 5/10/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006426 2306504693 | - | (100,000.00) |
| 5/10/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003284 23065025 | 100,000.00 | - |
| 5/10/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001290 23065006 | 7,800.00 | - |
| 5/6/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000009742 23072009 | 2,000.00 | - |
| 5/3/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006461 23072038 | 50,000.00 | - |
| 5/3/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003368 23072008 | 38,000.00 | - |
| 5/2/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001748 23079055 | 90,000.00 | - |
| 4/27/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007833 2306803765 | - | (76,500.00) |
| 4/27/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006279 2306800675 | - | (7,500.00) |
| 4/27/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000008736 23068006 | 7,500.00 | - |
| 4/27/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007601 23068006 | 7,500.00 | - |
| 4/27/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005395 23068037 | 85,000.00 | - |
| 4/25/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000002581 2307701007 | - | (220,000.00) |
| 4/25/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005972 23077070 | 13,000.00 | - |
| 4/22/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005196 23075006 | 2,200.00 | - |
| 4/21/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002448 23069006 | 800.00 | - |
| 4/20/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000004238 23067005 | 5,100.00 | - |

| Date | Description | Inflows | Outflows |
|------|-------------|---------|----------|
| 4/19/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002591 23073015 | 1,000.00 | - |
| 4/13/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000004530 23065000 | 7,000.00 | - |
| 4/11/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003663 23077036 | 12,000.00 | - |
| 4/6/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005847 23069001 | 6,000.00 | - |
| 3/30/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006500 2306702093 | - | (100,000.00) |
| 3/24/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006631 23070007 | 50,000.00 | - |
| 2/24/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005522 23063014 | 6,000.00 | - |
| 2/23/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003836 2307200577 | - | (6,000.00) |
| 2/22/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001156 23078046 | 2,500.00 | - |
| 2/22/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007428 2307803941 | - | (2,500.00) |
| 2/10/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005742 23068020 | 12,000.00 | - |
| 2/10/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002282 23068008 | 7,000.00 | - |
| 2/8/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000004381 23086037 | 8,000.00 | - |
| 2/5/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006022 23068039 | 18,000.00 | - |
| 2/5/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001218 23068011 | 10,000.00 | - |
| 2/4/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006807 2306702991 | - | (14,000.00) |
| 2/2/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003074 2307301263 | - | (15,000.00) |
| 2/1/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001830 2307110079 | - | (18,000.00) |
| 2/1/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000001486 2307107807 | - | (30,000.00) |
| 2/1/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006063 23071063 | 63,000.00 | - |
| 2/1/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005309 23071053 | 86,000.00 | - |
| 1/28/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003773 23064000 | 25,000.00 | - |
| 1/27/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003663 23061031 | 30,000.00 | - |
| 1/21/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005116 2306203391 | - | (30,000.00) |
| 1/21/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007744 23062000 | 5,000.00 | - |
| 1/21/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006943 23062011 | 30,000.00 | - |
| 1/19/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000008469 23072062 | 75,000.00 | - |
| 1/14/2016 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000004703 23072046 | 5,000.00 | - |
| 1/8/2016 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008487 2307100995 | - | (23,000.00) |
| 12/22/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002225 23065004 | 5,000.00 | - |
| 11/24/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003587 2306703421 | - | (120,000.00) |
| 11/4/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004096 2307402623 | - | (300,000.00) |
| 11/2/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000008359 23076095 | 20,000.00 | - |
| 10/30/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000004507 23069018 | 80,000.00 | - |
| 10/30/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003177 23069019 | 15,000.00 | - |
| 10/26/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001479 23074034 | 100,000.00 | - |
| 10/22/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006844 2306402157 | - | (80,000.00) |
| 10/21/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000009080 23062034 | 5,000.00 | - |
| 10/20/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005010 23070028 | 55,000.00 | - |
| 10/14/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000009836 23065019 | 28,000.00 | - |
| 10/13/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000004222 23074069 | 2,000.00 | - |
| 10/9/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002553 23065044 | 2,000.00 | - |
| 10/8/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002923 23060043 | 5,000.00 | - |
| 10/1/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006042 23061053 | 3,500.00 | - |
| 9/29/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000000868 23065008 | 53,000.00 | - |
| 9/28/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000009812 23074033 | 50,000.00 | - |
| 9/23/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006506 2307101877 | - | (18,000.00) |
| 9/14/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005426 23063062 | 45,000.00 | - |
| 9/11/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005587 2306302325 | - | (28,179.00) |
| 9/10/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001962 23067051 | 28,761.00 | - |
| 9/8/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000003631 23079051 | 72,000.00 | - |
| 9/4/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007852 2306402377 | - | (72,000.00) |
| 9/1/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005008 2306602541 | - | (8,000.00) |
| 8/27/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004210 2306401745 | - | (13,000.00) |
| 8/25/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007150 2306701569 | - | (10,000.00) |
| 8/11/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000006309 23062007 | 10,000.00 | - |
| 8/5/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000002103 2308001901 | - | (84,000.00) |
| 7/31/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000310 2306803061 | - | (50,000.00) |
| 7/23/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003907 2307302953 | - | (15,000.00) |
| 7/23/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007893 23073023 | 112,000.00 | - |
| 7/22/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007331 2306500743 | - | (30,000.00) |
| 7/20/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000008803 23096048 | 50,000.00 | - |
| 6/30/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003929 2308004111 | - | (50,000.00) |
| 6/25/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000005181 2306801643 | - | (3,000.00) |
| 6/24/2015 | WIRE/OUT-2015062400002496;BNF Global Baristas US 1303500677 | - | (167,500.00) |
| 6/24/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005068 23058011 | 20,000.00 | - |
| 6/23/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004337 2307502095 | - | (45,000.00) |

EXHIBIT 1
43

| Date | Description | Inflows | Outflows |
|---|---|---|---|
| 6/12/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000002234 2306401357 | - | (55,000.00) |
| 6/11/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002096 23066034 | 175,000.00 | - |
| 6/4/2015 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008130 2306700783 | - | (150,000.00) |
| 6/3/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000005698 23073024 | 85,000.00 | - |
| 6/3/2015 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000009553 23073043 | 150,000.00 | - |
| 12/23/2014 | WIRE/OUT-2014122300005813;BNF GLOBAL BARISTAS US LLC 13 | - | (75,000.00) |
| 12/22/2014 | WIRE/IN-2014122200004237;ORG GLOBAL BARISTAS US LLC 130! | 7,500.00 | - |
| 12/5/2014 | WIRE/IN-2014120500003510;ORG GLOBAL BARISTAS US LLC 130! | 15,000.00 | - |
| 12/4/2014 | WIRE/IN-2014120400003511;ORG GLOBAL BARISTAS US LLC 130! | 13,000.00 | - |
| 12/3/2014 | WIRE/IN-2014120300002434;ORG GLOBAL BARISTAS US LLC 130! | 65,000.00 | - |
| 12/1/2014 | WIRE/IN-2014120100004099;ORG GLOBAL BARISTAS US LLC 130! | 50,000.00 | - |
| 11/25/2014 | WIRE/OUT-2014112500003786;BNF GLOBAL BARISTAS US LLC 13 | - | (25,000.00) |
| 11/21/2014 | WIRE/OUT-2014112100005323;BNF GLOBAL BARISTAS US LLC 13 | - | (20,000.00) |
| 11/19/2014 | WIRE/IN-2014111900003113;ORG GLOBAL BARISTAS US LLC 130! | 13,000.00 | - |
| 11/18/2014 | WIRE/IN-2014111800002423;ORG GLOBAL BARISTAS US LLC 130! | 20,000.00 | - |
| 11/12/2014 | WIRE/OUT-2014111200006188;BNF GLOBAL BARISTAS US, LLC 1: | - | (40,000.00) |
| 11/6/2014 | WIRE/OUT-2014110600003689;BNF GLOBAL BARISTAS US LLC 13 | - | (100,000.00) |
| 10/16/2014 | WIRE/IN-2014101600003757;ORG GLOBAL BARISTAS US LLC 130! | 9,000.00 | - |
| 10/15/2014 | WIRE/IN-2014101500004759;ORG GLOBAL BARISTAS US LLC 130! | 17,000.00 | - |
| 10/14/2014 | WIRE/IN-2014101400005406;ORG GLOBAL BARISTAS US LLC 130 | 71,000.00 | - |
| 10/7/2014 | WIRE/IN-2014100700003028;ORG GLOBAL BARISTAS US LLC 130! | 10,000.00 | - |
| 9/29/2014 | WIRE/OUT-2014092900003339;BNF GLOBAL BARISTAS US LLC 13 | - | (8,000.00) |
| 8/21/2014 | WIRE/OUT-2014082100003044;BNF GLOBAL BARISTAS US LLC 13 | - | (46,000.00) |
| 8/19/2014 | WIRE/OUT-2014081900002394;BNF GLOBAL BARISTAS US LLC 13 | - | (30,000.00) |
| 8/15/2014 | WIRE/OUT-2014081500004193;BNF GLOBAL BARISTAS US LLC 13 | - | (15,000.00) |
| 8/1/2014 | WIRE/OUT-2014080100004974;BNF GLOBAL BARISTAS US LLC 13 | - | (40,000.00) |
| 7/30/2014 | WIRE/IN-2014073000007427;ORG GLOBAL BARISTAS US LLC 130: | 959,571.80 | - |
| 6/10/2014 | WIRE/OUT-2014061000003738;BNF GLOBAL BARISTAS US LLC 13 | - | (3,115,230.10) |
| 5/27/2014 | WIRE/OUT-2014052700007230;BNF GLOBAL BARISTAS US LLC 13 | - | (400,000.00) |
| 5/23/2014 | WIRE/OUT-2014052300004176;BNF GLOBAL BARISTAS US LLC 13 | - | (100,000.00) |
| 5/22/2014 | WIRE/IN-2014052200003006;ORG GLOBAL BARISTAS US LLC 130' | 10,000.00 | - |
| 5/20/2014 | WIRE/OUT-2014052000002922;BNF GLOBAL BARISTAS US LLC 13 | - | (40,000.00) |
| 5/19/2014 | WIRE/IN-2014051900003071;ORG GLOBAL BARISTAS US LLC 130: | 35,000.00 | - |
| 4/29/2014 | WIRE/OUT-2014042900003642;BNF GLOBAL BARISTAS US LLC 13 | - | (50,000.00) |
| 4/28/2014 | WIRE/OUT-2014042800003378;BNF GLOBAL BARISTAS US LLC 13 | - | (15,000.00) |
| 4/11/2014 | WIRE/OUT-2014041100003745;BNF GLOBAL BARISTAS US LLC 13 | - | (250,000.00) |
| 4/7/2014 | WIRE/IN-2014040700003362;ORG GLOBAL BARISTAS US LLC 130' | 85,000.00 | - |
| 3/31/2014 | WIRE/OUT-2014033100008738;BNF GLOBAL BARISTAS US LLC 13 | - | (10,000.00) |
| 3/28/2014 | WIRE/OUT-2014032800004188;BNF GLOBAL BARISTAS US LLC 13 | - | (400,000.00) |
| 3/27/2014 | WIRE/IN-2014032700004730;ORG GLOBAL BARISTAS US LLC 130: | 10,000.00 | - |
| 3/20/2014 | WIRE/OUT-2014032000004008;BNF GLOBAL BARISTAS US LLC 13 | - | (50,000.00) |
| 3/14/2014 | WIRE/OUT-2014031400007529;BNF GLOBAL BARISTAS US LLC 13 | - | (100,000.00) |
| 3/14/2014 | WIRE/IN-2014031400005097;ORG GLOBAL BARISTAS US LLC 130: | 20,000.00 | - |
| 3/13/2014 | WIRE/IN-2014031300004137;ORG GLOBAL BARISTAS US LLC 130: | 40,000.00 | - |
| 2/26/2014 | WIRE/IN-2014022600002967;ORG GLOBAL BARISTAS US LLC 130: | 90,000.00 | - |
| 2/24/2014 | WIRE/IN-2014022400005133;ORG GLOBAL BARISTAS US LLC 130' | 20,000.00 | - |
| 2/20/2014 | WIRE/IN-2014022000003352;ORG GLOBAL BARISTAS US LLC 130' | 20,000.00 | - |
| 2/19/2014 | WIRE/IN-2014021900002782;ORG GLOBAL BARISTAS US LLC 130' | 70,000.00 | - |
| 2/14/2014 | WIRE/IN-2014021400004499;ORG GLOBAL BARISTAS US LLC 130' | 50,000.00 | - |
| 2/13/2014 | WIRE/IN-2014021300003472;ORG GLOBAL BARISTAS US LLC 130' | 30,000.00 | - |
| 2/4/2014 | WIRE/IN-2014020400002358;ORG GLOBAL BARISTAS US LLC 130' | 50,000.00 | - |
| 1/31/2014 | WIRE/IN-2014013100005847;ORG GLOBAL BARISTAS US LLC 130' | 30,000.00 | - |
| 1/30/2014 | WIRE/IN-2014013000004615;ORG GLOBAL BARISTAS US LLC 130: | 15,000.00 | - |
| 1/28/2014 | WIRE/IN-2014012800005010;ORG GLOBAL BARISTAS US LLC 130' | 30,000.00 | - |
| 1/23/2014 | WIRE/IN-2014012300004861;ORG GLOBAL BARISTAS US LLC 130: | 25,000.00 | - |
| 1/16/2014 | WIRE/OUT-2014011600002842;BNF GLOBAL BARISTAS US LLC 13 | - | (60,000.00) |
| 12/20/2013 | WIRE/OUT-2013122000005339;BNF GLOBAL BARISTAS US, LLC 1: | - | (50,000.00) |
| 12/13/2013 | WIRE/OUT-2013121300006987;BNF GLOBAL BARISTAS US LLC 13 | - | (400,000.00) |
| 12/11/2013 | WIRE/OUT-2013121100002990;BNF GLOBAL BARISTAS US LLC 13 | - | (100,000.00) |
| 11/21/2013 | WIRE/IN-2013112100004081;ORG GLOBAL BARISTAS US LLC 130' | 20,000.00 | - |
| 11/20/2013 | WIRE/IN-2013112000002119;ORG GLOBAL BARISTAS US LLC 130' | 25,000.00 | - |
| 11/19/2013 | WIRE/IN-2013111900002000;ORG GLOBAL BARISTAS US LLC 130' | 10,000.00 | - |
| 11/14/2013 | WIRE/IN-2013111400005824;ORG GLOBAL BARISTAS US LLC 130' | 10,000.00 | - |
| 11/13/2013 | WIRE/IN-2013111300001400;ORG GLOBAL BARISTAS US LLC 130' | 22,000.00 | - |
| 11/12/2013 | WIRE/IN-2013111200005879;ORG GLOBAL BARISTAS US LLC 130' | 20,000.00 | - |
| 11/8/2013 | WIRE/IN-2013110800003720;ORG GLOBAL BARISTAS US LLC 130' | 10,000.00 | - |
| 11/7/2013 | WIRE/OUT-2013110700003941;BNF GLOBAL BARISTAS US LLC 13 | - | (72,500.00) |

EXHIBIT 1
44

| Date | Description | Inflows | Outflows |
|---|---|---|---|
| 11/7/2013 | WIRE/OUT-2013110700003860;BNF GLOBAL BARISTAS US LLC 13 | - | (33,000.00) |
| 11/4/2013 | WIRE/IN-2013110400003339;ORG GLOBAL BARISTAS US LLC 130 | 100,000.00 | - |
| 10/24/2013 | WIRE/OUT-2013102400002882;BNF GLOBAL BARISTAS US LLC 13 | - | (415,000.00) |
| 10/23/2013 | WIRE/IN-2013102300002815;ORG GLOBAL BARISTAS US LLC 130 | 415,000.00 | - |
| 10/10/2013 | WIRE/IN-2013101000002701;ORG GLOBAL BARISTAS US LLC 130 | 35,000.00 | - |
| 10/2/2013 | WIRE/IN-2013100200002190;ORG GLOBAL BARISTAS US LLC 130 | 10,000.00 | - |
| 10/1/2013 | WIRE/IN-2013100100007193;ORG GLOBAL BARISTAS US LLC 130 | 150,000.00 | - |
| 9/20/2013 | WIRE/IN-2013092000003001;ORG GLOBAL BARISTAS US LLC 130 | 9,000.00 | - |
| 9/18/2013 | WIRE/IN-2013091800003241;ORG GLOBAL BARISTAS US LLC 130 | 55,000.00 | - |
| 9/17/2013 | WIRE/IN-2013091700002753;ORG GLOBAL BARISTAS US LLC 130 | 35,000.00 | - |
| 9/12/2013 | WIRE/IN-2013091200003787;ORG GLOBAL BARISTAS US LLC 130 | 45,000.00 | - |
| 9/4/2013 | WIRE/IN-2013090400003829;ORG GLOBAL BARISTAS US LLC 130 | 62,000.00 | - |
| 8/27/2013 | WIRE/IN-2013082700003476;ORG GLOBAL BARISTAS US LLC 130 | 60,000.00 | - |
| 8/21/2013 | WIRE/IN-2013082100002448;ORG GLOBAL BARISTAS US LLC 130 | 100,000.00 | - |
| 8/7/2013 | WIRE/IN-2013080700003811;ORG GLOBAL BARISTAS US LLC 130 | 100,000.00 | - |
| 8/6/2013 | WIRE/IN-2013080600002916;ORG GLOBAL BARISTAS US LLC 130 | 30,000.00 | - |
| 7/26/2013 | WIRE/IN-2013072600006704;ORG GLOBAL BARISTAS US LLC 130 | 125,000.00 | - |
| 7/19/2013 | WIRE/IN-2013071900006824;ORG GLOBAL BARISTAS US LLC 130 | 39,000.00 | - |
| 2/1/2013 | DEPOSIT | 400,000.00 | - |

8,124,217.80    (10,608,939.16)

EXHIBIT 1
45

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 1/20/2017 | (138,800.00) | Wire | | WIRE/OUT-2017012000005324;BNF Honda Aircraft Company LLC;OBI 1304501615 |
| 6/2/2014 | (525,000.00) | Wire | | WIRE/OUT-2014060200003678;BNF HONDA AIRCRAFT COMPANY LLC 1301800997 |

EXHIBIT 1
46

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 7/1/2014 | (16,000.00) | Wire | | WIRE/OUT-2014070100007627;BNF HPPW, LLC 1301602114 |
| 4/15/2014 | (8,000.00) | Wire | | WIRE/OUT-2014041500003808;BNF HPPW LLC 1301902256 |
| 2/7/2014 | (16,000.00) | Wire | | WIRE/OUT-2014020700005004;BNF HPPW LLC 1301801551 |
| 12/17/2013 | (8,000.00) | Wire | | WIRE/OUT-2013121700004189;BNF HPPW LLC 1302001332 |

EXHIBIT 1
47

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 4/22/2016 | (27,000.00) | Wire | | WIRE/OUT-2016042200006707;BNF John Dagys Media LLC;REF Avena 1304001861 |

EXHIBIT 1
48

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 9/19/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018261003071220 1107220394 |
| 9/12/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018254008923045 1108420358 |
| 8/24/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018235007380718 1108620689 |
| 8/3/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018214004691277 1107336240 |
| 7/17/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018197003719224 1106717350 |
| 7/5/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018186006668218 1107830214 |
| 6/21/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018171008068495 1107014569 |
| 6/14/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018164004015168 1107214722 |
| 5/17/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018136007240616 1107614987 |
| 5/9/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018128002151962 1107821319 |
| 4/17/2018 | (3,149.15) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018106007951100 1107618117 |
| 4/2/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018092007860958 1107732083 |
| 3/20/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018078010624338 1108119030 |
| 3/6/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018064002464835 1107717696 |
| 2/20/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018051002024000 1108529689 |
| 2/2/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018032002460377 1108034747 |
| 1/17/2018 | (1,807.54) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018016002274899 1108524281 |
| 1/4/2018 | (893.44) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 018003004773289 1108117020 |
| 12/19/2017 | (1,047.79) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017352005118348 1106917817 |
| 12/1/2017 | (1,160.39) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017335003381160 1107965257 |
| 11/17/2017 | (1,047.79) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017320004840796 1107721206 |
| 11/1/2017 | (1,047.79) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017305003338301 1108949644 |
| 10/16/2017 | (1,047.79) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017289002641776 1107626685 |
| 10/4/2017 | (1,693.68) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017276005305590 1107616561 |
| 9/20/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017262005674972 1107622133 |
| 9/5/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017248005497746 1108872022 |
| 8/17/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017229004628905 1107728008 |
| 8/2/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017213004074350 1107819751 |
| 7/18/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017198004205505 1106418100 |
| 7/5/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017186005970101 1107457175 |
| 6/20/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017170005679749 1106819539 |
| 6/6/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017156007090689 1107719745 |
| 5/17/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017136004108186 1106323088 |
| 5/2/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017121003454425 1106923081 |
| 4/18/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017107004465983 1106518749 |
| 4/11/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017100010305072 1106818554 |
| 3/17/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017075004326729 1106621874 |
| 3/10/2017 | (748.58) | Wire | | WIRE/OUT-2017031000006161;BNF John Hancock USA;OBI Eagan Ave 1304001818 |
| 3/6/2017 | (2,207.49) | ACH Transfer | | JOHN HANCOCK ACH DEBIT 0077281 REF # 017065006512501 1106932687 |

EXHIBIT 1
49

| 2/21/2017 | (2,713.78) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 017052007097733 1107656190 |
| 2/2/2017 | (2,713.78) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 017032005942450 1107018811 |
| 1/18/2017 | (2,713.78) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 017018006491542 1106240919 |
| 1/4/2017 | (1,692.95) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 017004008010232 1106739221 |
| 12/19/2016 | (1,692.95) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016354008010618 1107326544 |
| 12/2/2016 | (1,692.95) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016337008228450 1106751037 |
| 11/17/2016 | (1,692.95) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016322009197206 1107127219 |
| 11/2/2016 | (1,692.95) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016307009651613 1107633188 |
| 10/18/2016 | (1,692.95) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016291010275483 1107418286 |
| 10/3/2016 | (2,338.84) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016277000256293 1106947284 |
| 9/16/2016 | (2,713.78) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016260001680925 1106532639 |
| 9/2/2016 | (2,713.78) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016246003615856 1106651293 |
| 8/16/2016 | (2,713.78) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016229003320466 1106629708 |
| 8/1/2016 | (1,895.78) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016214003834515 1106468513 |
| 7/18/2016 | (1,895.78) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016200005810122 1106926969 |
| 7/1/2016 | (1,895.78) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016183006572826 1106863889 |
| 6/16/2016 | (2,447.86) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016168008294366 1106127718 |
| 6/1/2016 | (2,947.86) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016153008782840 1106652773 |
| 5/17/2016 | (4,947.86) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016138001013718 1106930848 |
| 5/3/2016 | (4,962.20) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016124002926243 1106649444 |
| 4/5/2016 | (4,998.03) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016096006935483 1108443241 |
| 3/18/2016 | (4,964.59) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016078007141196 1106132274 |
| 3/3/2016 | (5,705.70) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016063008498811 1106943142 |
| 2/18/2016 | (5,677.03) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016049000073183 1105625599 |
| 2/4/2016 | (3,224.81) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016035002654640 1105729052 |
| 1/20/2016 | (3,179.42) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016020003502218 1107045833 |
| 1/5/2016 | (2,037.23) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 016005005468951 1105447306 |
| 12/16/2015 | (2,173.11) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015350004941673 1105632553 |
| 12/2/2015 | (2,173.11) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015336006903815 1105637487 |
| 11/19/2015 | (2,191.36) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015323000177473 1106824894 |
| 11/6/2015 | (18,000.00) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015310003750282 1105933129 |
| 11/2/2015 | (2,760.44) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015306009743744 1106035504 |
| 10/19/2015 | (3,077.61) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015292002524213 1105923321 |
| 10/1/2015 | (3,085.72) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015274003323807 1105849495 |
| 9/16/2015 | (3,093.84) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015259005494189 1105732060 |
| 9/4/2015 | (3,081.67) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015247009874600 1105635812 |
| 8/19/2015 | (3,079.64) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015231000695286 1106229813 |
| 8/3/2015 | (3,079.64) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015215001521280 1107348179 |
| 7/16/2015 | (3,097.89) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015197003439889 1106928254 |
| 7/1/2015 | (3,112.09) ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015182005235754 1108350052 |

EXHIBIT 1
50

| Date | Amount | Type | Description |
|---|---|---|---|
| 6/29/2015 | (3,132.37) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015180003515153 1106841260 |
| 6/1/2015 | (3,099.92) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015152009113033 1105944829 |
| 5/18/2015 | (3,099.92) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015138002595178 1105224684 |
| 5/1/2015 | (3,156.71) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015121004446207 1105769540 |
| 4/16/2015 | (3,116.15) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015106006862590 1105325466 |
| 4/2/2015 | (3,120.20) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015092009636565 1106131938 |
| 1/5/2015 | (2,166.47) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 015005005242277 1106057093 |
| 12/17/2014 | (3,074.21) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014351006709885 1106929961 |
| 12/8/2014 | (3,045.36) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014342001927072 1105121663 |
| 11/18/2014 | (3,365.19) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014322002207512 1104627538 |
| 11/3/2014 | (3,392.14) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014307004127912 1107142900 |
| 10/16/2014 | (3,101.69) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014289006635760 1105023948 |
| 10/1/2014 | (3,110.70) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014274008689906 1105947272 |
| 9/16/2014 | (3,116.11) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 01425900184291 6 1104527677 |
| 9/2/2014 | (3,119.72) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014245003927430 1105431250 |
| 8/18/2014 | (3,063.99) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014230007567752 1104119369 |
| 8/1/2014 | (3,060.74) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014213010010721 1103763940 |
| 7/14/2014 | (3,039.65) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014195001026060 1104323528 |
| 7/1/2014 | (3,046.14) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014182004763173 1102850524 |
| 6/16/2014 | (354.24) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014167007718247 1106325241 |
| 6/16/2014 | (2,721.09) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014167007718239 1106325233 |
| 6/2/2014 | (2,735.91) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014153000548959 1105332176 |
| 5/16/2014 | (2,734.56) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014136003864720 1104632916 |
| 5/1/2014 | (2,719.75) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014121006252269 1104049327 |
| 4/16/2014 | (2,722.44) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014106009250261 1104032718 |
| 4/1/2014 | (2,733.21) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014091001498361 1107153821 |
| 3/17/2014 | (2,735.91) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014076004448266 1105725901 |
| 3/3/2014 | (2,904.23) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014062007281004 1108948313 |
| 2/18/2014 | (2,783.04) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014049000921595 1104827429 |
| 2/3/2014 | (2,947.18) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014034003841767 1108547176 |
| 1/16/2014 | (2,575.81) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014016006786964 1104326781 |
| 1/2/2014 | (2,706.20) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 014002009591745 1105039772 |
| 12/16/2013 | (2,587.93) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 013350002101918 1104526118 |
| 12/2/2013 | (2,565.03) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 013336005048833 1103831677 |
| 11/18/2013 | (2,608.13) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 013322009088256 1105522564 |
| 11/1/2013 | (2,601.39) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 013305001941669 1103769475 |
| 10/16/2013 | (2,575.81) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 013289004746894 1104941959 |
| 10/2/2013 | (2,563.69) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 013275008291431 1104433234 |
| 9/16/2013 | (2,559.65) | ACH Transfer | JOHN HANCOCK ACH DEBIT 0077281 REF # 013259000763211 1106425504 |
| 9/4/2013 | (2,560.99) | ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1701104148 |

EXHIBIT 1
51

| | | |
|---|---|---|
| 8/19/2013 | (2,562.34) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1701201961 |
| 8/2/2013 | (2,565.03) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1701502514 |
| 7/17/2013 | (2,574.46) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1701102869 |
| 7/3/2013 | (2,622.94) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1701102677 |
| 6/19/2013 | (2,575.81) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1701302609 |
| 6/4/2013 | (2,566.38) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1700100281 |
| 5/17/2013 | (2,542.14) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1700100240 |
| 5/3/2013 | (4,590.56) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1700100233 |
| 4/17/2013 | (4,772.02) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1700100501 |
| 4/3/2013 | (4,971.15) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1700200228 |
| 3/19/2013 | (4,807.03) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1700100380 |
| 3/4/2013 | (4,773.36) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1700100058 |
| 2/20/2013 | (4,826.78) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1700100677 |
| 2/4/2013 | (4,794.91) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1700100035 |
| 1/17/2013 | (4,897.25) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1700100046 |
| 1/3/2013 | (2,081.11) ACH Transfer | PAY JOHN HANCOCK ACH DEBIT 0 1700100826 |

Total:          (374,174.01)

EXHIBIT 1
52

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 6/1/2015 | (3,647.33) | Wire | | WIRE/OUT-2015060100007746;BNF Julie Cline Fine Art Services; 1304002150 |
| 4/6/2015 | (36,230.00) | Wire | | WIRE/OUT-2015040600002200;BNF Julie Cline Fine Art Services; 1304100620 |
| 2/25/2015 | (4,653.47) | Wire | | WIRE/OUT-2015022500002156;BNF Julie Cline Fine Art Services; 1304300626 |
| 1/30/2015 | (21,882.84) | Wire | | WIRE/OUT-2015013000002648;BNF Julie Cline Fine Art Services; 1303900822 |

EXHIBIT 1
53

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 3/31/2015 | (1,250,000.00) | Check | 15123 | 15123 \| Michael O. Eagan |
| 5/6/2015 | (1,841.97) | Check | 15172 | 15172* \| Michael O. Eagan |
| 6/3/2015 | (1,716.35) | Check | 15099 | 15099 \| Michael O. Eagan |
| 10/29/2015 | (4,061.02) | Check | 15321 | 15321 \| Michael Q.Eagan |

EXHIBIT 1
54

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 4/15/2014 | (14,880.00) | Wire | | WIRE/OUT-2014041500003786;BNF MK TECHNOLOGIES 1301902248 |
| 1/15/2014 | (5,764.85) | Wire | | WIRE/OUT-2014011500006672;BNF MK TECHNOLOGIES 1301902048 |

EXHIBIT 1
55

| Date | Amount | Transaction Kind | Check # | Description |
|---|---|---|---|---|
| 1/20/2017 | (20,000.00) | Wire | | WIRE/OUT-2017012000004215;BNF MTE, INC dba Aero & Marine Tax 1304501337 |

EXHIBIT 1
56

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 3/14/2014 | (20,000.00) | Possible Transfer | | WIRE/OUT-2014031400006466;BNF PATRICK HUISMAN 1301801959 |

EXHIBIT 1
57

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 6/28/2018 | (25,828.00) | Wire | | WIRE/OUT-2018062800003557;BNF PROTECH SECURITY 1305200846 |
| 6/18/2018 | (22,875.00) | Wire | | WIRE/OUT-2018061800005748;BNF Protech Security 1304301635 |
| 5/1/2018 | (15,025.00) | Wire | | WIRE/OUT-2018050100004341;BNF PROTECH SECURITY 1304001162 |
| 4/16/2018 | (12,600.00) | Wire | | WIRE/OUT-2018041600004997;BNF PROTECH SECURITY 1304801410 |

EXHIBIT 1
58

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 8/5/2014 | 4,982.05 | Wire | | WIRE/IN-2014080500000810;ORG SHOWTRAX INTERNATIONAL LIMITED; 1301800364 |
| 4/15/2014 | (24,470.92) | Wire | | WIRE/OUT-2014041500007453;BNF SHOWTRAX INTERNATIONAL;OBI ACC 1301903464 |

Net:        (19,488.87)

EXHIBIT 1
59

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 4/2/2018 | (9,000.00) | Wire | | WIRE/OUT-2018040200003572;BNF Silver Star Sound & Comm, Inc. 1304300940 |
| 4/22/2016 | (40,000.00) | Possible Transfer | | WIRE/OUT-2016042200006703;BNF Silverstar Sound and Communica 1304001855 |

EXHIBIT 1
60

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 6/13/2014 | (700,000.00) | Wire | | WIRE/OUT-2014061300004062;BNF SIMEON OSBORN 1302002448 |
| 3/28/2014 | (160,000.00) | Wire | | WIRE/OUT-2014032800004446;BNF SIMEON OSBORN 1301901172 |
| 3/26/2014 | (140,000.00) | Wire | | WIRE/OUT-2014032600006082;BNF SIMEON OSBORN 1302101699 |

EXHIBIT 1
61

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 3/28/2013 | (107,000.00) | Wire | | WIRE/OUT-2013032800005117;BNF TRACKSIDE PERFORMANCE LLC 1300301298 |

EXHIBIT 1
62

| Date | Amount | Transaction Kind | Check # | Description |
|------|--------|------------------|---------|-------------|
| 4/22/2016 | (20,000.00) | Possible Transfer | | WIRE/OUT-2016042200006705;BNF Vincent Builders Inc.;REF Aven 1304001857 |
| 2/12/2016 | (75,000.00) | Wire | | WIRE/OUT-2016021200002240;BNF Vincent Builders Inc;REF Avena 1303800694 |
| 1/21/2016 | (50,000.00) | Wire | | WIRE/OUT-2016012100005004;BNF Vincent Builders Inc.;REF Invo 1303801388 |

EXHIBIT 1
63

**EA to Lisa Storie/Michael Avenatti**

| Date | Amount | Check # | Description | Name |
|---|---|---|---|---|
| 12/09/13 | -$110,000.00 | | WIRE/OUT-2013120900002988;BNF LISA STORIE 1301900986 | |
| 12/27/13 | -$12,500.00 | | WIRE/OUT-2013122700005014;BNF LISA STORIE 1302401432 | |
| 01/08/14 | -$190,000.00 | | WIRE/OUT-2014010800002899;BNF LISA STORIE 1301700818 | |
| 01/23/14 | -$20,000.00 | | WIRE/OUT-2014012300004933;BNF LISA STORIE 1302101624 | |
| 02/04/14 | -$155,000.00 | | WIRE/OUT-2014020400004054;BNF LISA STORIE 1301801213 | |
| 02/18/14 | -$15,000.00 | | WIRE/OUT-2014021800004492;BNF LISA STORIE 1301901386 | |
| 03/06/14 | -$81,000.00 | | WIRE/OUT-2014030600005615;BNF LISA STORIE 1301601582 | |
| 05/13/14 | -$50,000.00 | | WIRE/OUT-2014051300003487;BNF LISA STORIE-AVENATTI MICHAEL J 1302001015 | |
| 05/02/16 | -$40,000.00 | | WIRE/OUT-2016050200007144;BNF Michael and Lisa Avenatti 1304002026 | |
| 05/03/16 | -$50,000.00 | | WIRE/OUT-2016050300005904;BNF Michael & Lisa Avenatti 1304101670 | |

EXHIBIT 1
64

EXHIBIT 2

i.      Artist: Frank Stella. Relief Print known as IMOLA Three I, Circuit Series, dated 1982,

annotated "PP 2" (printer's proof), approx. 65 7/8 x 51 ¼ inches, framed.

   Market Value: $14,375.00


ii.      Artist: Frank Stella. Relief Print known as IMOLA Three II, Circuit Series, dated 1984,

edition 16 of 30, approx. 65 1/2 x 51 1/2 inches, framed.

   Market Value: $20,000.00


iii.      Artist: Frank Stella. Relief Print known as IMOLA Five II, Circuit Series, dated 1983,

edition 16 of 30, approx. 66 x48 inches, framed.

   Market Value: $40,000


iv.      Artist: Frank Stella. Relief Print known as Talladega Three III, Circuit Series, dated 1982,

edition 12 of 30, approx. 78 x 66 inches, framed.

   Market Value: $25,000

EXHIBIT 2
65

| Date | Amount | Transaction Kind | Description | Tags | Bank Name | Account Number | Account Name | Account Entity |
|------|--------|------------------|-------------|------|-----------|----------------|--------------|----------------|
| 05/23/14 | -$88,867.50 | Wire | WIRE/OUT-2014052300003928;BNF JULIE CLINE FINE ART SERVICES/ 13020011 | CBT | | 3648940661 | A&A CBT 0661 | A&A Checking |
| 01/30/15 | -$21,882.84 | Wire | WIRE/OUT-2015013000002648;BNF Julie Cline Fine Art Services; 1303900822 | CBT | | 5791082851 | EA CBT 2851 | Eagan Avenatti Checking |
| 02/25/15 | -$4,653.47 | Wire | WIRE/OUT-2015022500002156;BNF Julie Cline Fine Art Services; 1304300626 | CBT | | 5791082851 | EA CBT 2851 | Eagan Avenatti Checking |
| 04/06/15 | -$36,230.00 | Wire | WIRE/OUT-2015040600002200;BNF Julie Cline Fine Art Services; 1304100620 | CBT | | 5791082851 | EA CBT 2851 | Eagan Avenatti Checking |
| 06/01/15 | -$3,647.33 | Wire | WIRE/OUT-2015060100007746;BNF Julie Cline Fine Art Services; 1304002150 | CBT | | 3260132699 | EA CBT 2699 | Eagan Avenatti Checking |
| 10/02/15 | -$23,585.25 | Wire | WIRE/OUT-2015100200005842;BNF Julie Cline Fine Art Services; 1303701688 | CBT | | 3648940661 | A&A CBT 0661 | A&A Checking |
| 02/05/16 | -$21,047.00 | Wire | WIRE/OUT-2016020500006822;BNF Julie Cline Fine Art Services; 1303701806 | CBT | | 3648940661 | A&A CBT 0661 | A&A Checking |

EXHIBIT 2
66

## Julie Cline Fine Art Services

*Art Advisory - Acquisitions - Sales*
*272 Hot Springs Road*
*Santa Barbara, CA 93108*
*Tel: 805-695-8829   Fax: 805-259-4579*

**Date:   June 24, 2014**

**Sold to: Mr. and Mrs. Michael Avenatti**
**224 Via Lido Nord**
**Newport Beach, CA  92663**

## INVOICE #10124

7

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **DUE UPON RECEIPT** | | |
| | | |
| **Frank Stella "Imola Three II (Circuits Series), 1984** | | |
| **Retail:  $20,000 (Less 25%)  Out of State No CA Sales Tax** | **$** | **15,000.00** |
| **Frank Gehry "Memory of Sophie Calle's Flower," 2012 Ed: 8/28** | | |
| **Retail:  $25,000 (Less 25%)  \*** | **$** | **18,750.00** |
| **Frank Stella  "Imola Three I,"  (Circuits Series)  \*** | | |
| **Retail:  $14,375 (Less 20%)  \*** | **$** | **11,500.00** |
| | | |
| **Art Advisory Fees:  20% on $45,250** | **$** | **9,050.00** |
| **Wiring Instructions:** | | |
| **Account Name:  Julie Cline Fine Art Services** | | |
| **Bank:          Wells Fargo Bank** | | |
| **1482 East Valley Road,** | | |
| **Montecito, CA  93108** | | |
| **ABA #121000248 for wires** | | |
| **Business Acct #3854580093** | | |
| **Sub-total** | **$** | **54,300.00** |
| **\*8% CA Sales Tax on $30,250:** | **$** | **2,420.00** |
| | | |
| **Total:** | **$** | **56,720.00** |

## Thank you!

*Page 1 of 1*

EXHIBIT 2
67

**Julie Cline Fine Art Services**

*Art Advisory - Acquisitions - Sales*
*272 Hot Springs Road*
*Santa Barbara, CA 93108*
*Tel: 805-695-8829   Fax: 805-259-4579*

Date:  December 17, 2014

Sold to:  Michael Avenatti
224 Via Lido Nord
Newport Beach, CA  92663

## INVOICE #10146

7

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **DUE UPON RECEIPT** | | |
| | | |
| **Frank Stella, "Talladega Three, III (from Circuit Series) 1982** | | |
| Retail $25,000 (less Professional Discount $7,000) | | |
| Relief Print,  66" H x 51 ",  FRAMED 78 1/2' H x 64" W  Ed: 12/30 | S | 18,000.00 |
| | | |
| Art Advisory Fee:  20% on $18,000 | S | 3,600.00 |
| Federal Express Shipping | S | 42.84 |
| Photoshop and Graphics for Sculptures (Laura Knight) | S | 240.00 |
| | | |
| **Wiring Instructions:** | | |
| Account:  Julie Cline Fine Art  Services  Acct #3854580093 | | |
| Wells Fargo Bank   ABA# 121000248 | | |
| 1482 E. Valley Road | | |
| Montecito, CA  93108 | | |
| | | |
| Sub-total | S | 21,882.84 |
| Sales Tax N/A: | | |
| Total: | S | 21,882.84 |

## Thank you!

*Page 1 of 1*

EXHIBIT 2
68

# Julie Cline Fine Art Services

*Art Advisory - Acquisitions - Sales*

*272 Hot Springs Road*

*Santa Barbara, CA 93108*

*Tel: 805-695-8829    Fax: 805-259-4579*

**Date:   March 20, 2015**

**Sold to:  Michael Avenatti, Esq.**
**117 Via Quito**
**Newport Beach, CA  92663**

## INVOICE #10158

7

| DESCRIPTION | AMOUNT |
|---|---|
| **DUE UPON RECEIPT** | |
| **Frank Stella "Imola Five II" 1983   Retail:  $40,000 (Less 20%) NET** | $    32,000.00 |
| **Art Advisory Fee:  10% on $32,000** | $      3,200.00 |
| **Packing and Shipping to Art Services Melrose Los Angeles** | $      1,030.00 |
| **Wiring Instructions:** | |
| Account:  Julie Cline Fine Art  Services  Acct #3854580093 | |
| Wells Fargo Bank   ABA# 121000248 | |
| 1482 E. Valley Road | |
| Montecito, CA  93108 | |
| **Sub-total** $    36,230.00 | |
| **Sales Tax:**           N/A | |
| **Total:** $    36,230.00 | |

**Thank you!**

*Page 1 of 1*

EXHIBIT 2
69

# MARC STRAUS

Julie Cline
Julie Cline Fine Art Services
272 Hot Springs Road
Santa Barbara, CA 93108

Invoice #8728
March 15, 2015

### INVOICE

**Frank Stella**
*IMOLA Five II*
1983
Relief Print
66 x 48 inches
(Inv# FSTE13.100)

$32,000.00



~~PAID~~ CK NO ~~DATE~~
Wire 3/07/15

trans#
150 407 095082
3/7/15

| | | |
|---|---|---|
| Subtotal: | $32,000.00 |
| Shipping: | $1,030.00 |
| Subtotal: | $33,030.00 |
| Sales Tax: | $0.00 |
| **Total:** | **$33,030.00** |

Frank Stella's *IMOLA Five II* from his Circuit Series was purchased directly from Ken Tyler of Tyler Graphics Ltd. in Bedford New York in 1983.

This is edition 16 of 30. The work is numbered.

The work is in perfect condition and in its original frame.

Payment due upon receipt.

299 Grand Street, New York, NY 10002
T 212.510.7646
www.marcstraus.com

EXHIBIT 2
70

INVOICE #8728                                          Page 2
Cline, Julie

Title will not pass until payment is received in full.
All handling, shipping, and storage is the responsibility of the purchaser.
Gallery must be notified of any damage immediately upon receipt of work.
Reproduction rights and other copyrights are not included, conveyed, or
authorized by this sale and this the Purchaser obtains no such rights by virtue of
this transaction.
Risk and responsibility for any loss or damage to the work(s) are passed to the
Purchaser upon receipt of possession.

Please make check payable to: Marc Straus LLC

Wire Transfer Information:
HSBC
Routing # 021001088                                
SWIFT code MRMDUS33
Marc Straus LLC
Account # 326070907
(Wire fees: Domestic $15 or Foreign $30 added to bill)
*Please reference Invoice #8728

Thank You.

EXHIBIT 2
71

# Baker Sponder Gallery

December 09, 2014

**Sold to:**

Julie Cline
Julie Cline Fine Art Services
272 Hot Springs Road
Santa Barbara, CA   93108
805.695.8829

Russ Roberts/ Julie Cline FAS
Art Services Melrose
626 N. Almont Drive
Los Angeles, CA 90069
310-247-1452

*Invoice #4970*

**Frank Stella**
*Talladega Three III (from the Circuit Series)* , 1982
Relief print
78 1/2 x 64 inches framed
66 x 51 inches paper
*Edition 12/30*

| | |
|---|---|
| Retail Price | $25,000.00 |
| less professional discount | -7,000.00 |
| **Net Price:** | **$ 18,000.00** |

Delivery to be billed under separate cover

Wire Instructions:
Wells Fargo Bank, NA
5355 Town Center Road Ste. 101
Boca Raton, FL 33486

Baker Sponder Gallery
ABA# 121000248
International Routing: WFBIUS6S
Account #1683242752

EXHIBIT 2
72

# ADAM BAUMGOLD
## FINE ART

#6418

June 26, 2014

Julie Cline Fine Art Services
272 Hot Springs Road
Santa Barbara, CA 93108

**PAID** ~~in no~~ DATE 7/15/14

Wire
transfer
7311 9615 8325

<u>INVOICE</u>



FRANK STELLA
*Imola Three II (from Circuits)*, 1984                                    $20,000.
Color woodcut, ed. 16/30
Unframed: 65 1/2" x 51 1/2"
The work is framed.

Less professional discount @25%                                          - 5,000.

TOTAL DUE:                                                               $15,000.

No NY State Sales Tax; to be sent to you c/o Russ Roberts, Art Services Melrose.
Shipping costs to be billed separately.

Terms: Net 7 days.

Please make check payable to Adam Baumgold Fine Art, Inc.

Or wire funds to:

Adam Baumgold Fine Art Inc.
c/o J.P. Morgan Chase Bank, N.A.
New York, NY 10017
Account Number: 798503207
ABA (Routing)#: 021000021
Swift Code: CHASUS33

*Sale subject to *Imola Three II* being in excellent condition. If damaged, or not what reported, *Imola Three II*
can be returned with full refund less shipping costs.

"in excellent condition"

Thank you.

60 EAST 66TH ST.  NEW YORK, NY 10065

TEL: 212.861.7338  EMAIL: abaumgold@aol.com

EXHIBIT 2
73

# ADAM BAUMGOLD
### FINE ART

June 26, 2014

## CERTIFICATE OF AUTHENTICITY

To Whom It May Concern:

I hereby certify that the below listed and pictured artwork, *Imola Three II*, was executed by Frank Stella. It is signed by the artist and numbered 16 from the edition of 30. It was published by Tyler Graphics Ltd. with their blindstamp.



FRANK STELLA
*Imola Three II (from Circuits)*, 1984
Color woodcut
65 1/2" x 51 1/2"
ed. 16 of 30

Respectfully submitted,

Adam Baumgold, President

60 EAST 66TH ST.  NEW YORK, NY 10065

TEL: 212.861.7338  EMAIL: abaumgold@aol.com

EXHIBIT 2
74

# JONATHAN NOVAK
## CONTEMPORARY ART

June 27, 2014

Julie Cline
Julie Cline Fine Art Services
272 Hot Springs Road
Santa Barbara, CA  93108

## INVOICE

**FRANK STELLA**    Imola Three I    $14,375.00
1982
Relief and engraving on TGL handmade paper
65-7/8" x 51-1/4" (167.3 x 130.2 cm)
Signed in pencil, annotated "PP 2"(a printer's proof,
aside from the numbered edition of 30),
and dated lower edge, recto
Published by Tyler Graphics, Mt. Kisco, NY

20% Professional Discount:    (2,875.00)

Total:    $11,500.00

Resale – No Tax.

Please make check payable to Jonathan Novak Contemporary Art, or:

Please wire payment as follows:    American Business Bank
523 West 6th Street, Suite 900
Los Angeles, CA 90014

Account name:    Novak Fine Arts, Inc.
Account number:    03-107051
Bank ABA#:    122042807
Swift Code:    ACBBUS6L

Thank you.

1880 CENTURY PARK EAST, SUITE 100   LOS ANGELES, CA 90067
TEL 310.277.4097  FAX 310.277.4081  email jnca@novakart.com  web www.novakart.com

EXHIBIT 2
75



Frank Stella  "Imola Five II, 1983
Relief, Woodcut on White TGL Handmade, Hand-colored Paper
Editon of 30,
67" High x 50" Wide
#14 UPPER STAIRWAY LANDING

EXHIBIT 2
76



Frank Stella  "Taladega Three III,"  1982 (Circuit Series)
Relief on White TGL Handmade Paper
ED:  12/30
66" H x 51" W
78.5" H x 51" W FRAMED

EXHIBIT 2
77



Frank Stella"Imola Three II,"  (from Circuits Series, 1984
color woodcut
65 1/2" x 51 1/2"
ed. of 30
#1 GARAGE

EXHIBIT 2
78



Frank Stella"Imola Three I," (From the Circuits Series)
Relief, Engraving on White TGL Hand Made Paper
65 1/2" H x 51 1/4" W
PP2, aside from the numbered edition of 30

EXHIBIT 2
79

## CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page 1 of 6
This Statement: January 30, 2015
Last Statement: January 8, 2015

Account 5791082851

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0048324                     4031-06-0000-4-CBT-PC0023-00017

EAGAN AVENATTI LLP
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA  92660-7610

Irvine Branch
1900 Main St.   Suite 100
Irvine, CA 92614-0000
(949) 223-7500

### SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5791082851 | $844,313.73 | |

### BUSINESS ESSENTIALS CHECKING 5791082851                     104    17

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 1,777,290.02 | 680,115.96 | 252,860.33 | 844,313.73 |

**15 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 01/13 | 5.00 | ONLINE XFER FROM DDA ***2699 ID: 000003191 2306403744 |
| 01/14 | 50,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000000056 2306201790 |
| 01/15 | 16,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003372 2306102106 |
| 01/15 | 14,552.20 | DEPOSIT 5353049353 |
| 01/16 | 1,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000009402 2306603690 |
| 01/20 | 14,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000004409 2306510002 |
| 01/21 | 1,408.79 | PAY SEQ # 011106147567 Serial Number = 0001502000 1702504078 |
| 01/21 | 1,600.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000006265 2306402140 |
| 01/23 | 7,500.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000007055 2306404168 |
| 01/26 | 1,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000004515 2306603930 |
| 01/28 | 39,000.00 | EXCEPTIONS RTN LM REF # 015028006707676 1105800075 |
| 01/29 | 26,446.05 | PAY SEQ # 011105817288 Serial Number = 0001502700 1702901622 |
| 01/29 | 4,707.98 | DEPOSIT 5353016277 |
| 01/29 | 70.00 | fee refund ID: 000000001 2306303366 |
| 01/30 | 1,600,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000004069 2306400918 |

**16 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 01/15 | 10,000.00 | PAY SEQ # 001105732212 1702501685 |
| 01/15 | 70,456.56 | PAY SEQ # 001105730551 1702502002 |
| 01/20 | 1,000.00 | CREDIT CARD ECS PAYMENT 043000091529294REF # 015020002206682 1106152697 |
| 01/20 | 1,000.00 | CREDIT CARD ECS PAYMENT 043000091575852REF # 015020002282605 1106153247 |
| 01/20 | 4,000.00 | CREDIT CARD ECS PAYMENT 043000091529224REF # 015020002281497 1106153241 |
| 01/20 | 4,000.00 | CREDIT CARD ECS PAYMENT 043000091575872REF # 015020002282606 1106153248 |
| 01/23 | 7,500.00 | PAY SEQ # 001105425105 1702702303 |
| 01/26 | 70.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1702601336 |
| 01/27 | 1,000.00 | PAY SEQ # 001106120098 1702803095 |
| 01/28 | 70.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1702201798 |
| 01/29 | 35.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1702901342 |
| 01/30 | 21,882.84 | WIRE/OUT-2015013000002648;BNF Julie Cline Fine Art Services;  1303900822 |
| 01/30 | 40,000.00 | WIRE/OUT-2015013000002647;BNF Edward G. Ashton;REF Ashton  1303900820 |
| 01/30 | 200,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004601 2306400935 |
| 01/30 | 250,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002310 2306404535 |
| 01/30 | 69,101.56 | PAYCHEX-RCX PAYROLL 59094600001804XREF # 015029007725747 1105935404 |



**MEMBER FDIC**

0048324-0000001-0131183

EXHIBIT 2
80

**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | | CHECKBOOK BALANCE | |
|---|---|---|---|
| Check Number | Check Amount | | |
| | | 1.  LIST your checkbook balance. | |
| | | 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| | | 3.  SUBTOTAL: | |
| | | 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| | | 5.  ADJUSTED CHECKBOOK BALANCE: | |
| | | *This balance should agree with line 10, below.* | |
| | | STATEMENT BALANCE | |
| | | 6.  LIST your current statement balance as shown on the front of this statement. | |
| | | 7.  ADD deposits made, but not shown on this statement. | |
| | | 8.  SUBTOTAL: | |
| | | 9.  SUBTRACT total from "Checks Outstanding." | |
| TOTAL: | | 10.  ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*                    *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances  •Review posted transactions  • Pay bills  • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0048324-0000001-0131183

EXHIBIT 2
81

**C|B CALIFORNIA BANK**
**TRUST**

P.O. Box 489, Lawndale, CA  90260-0489

Page 3 of 6
January 30, 2015
EAGAN AVENATTI LLP
5791082851

----------------------------------------------------------------------------

**15  CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 9966 | 01/27 | 39,000.00 | 15001* | 01/16 | 120.66 | 15006 | 01/21 | 70.00 |
| 10013* | 01/21 | 832.00 | 15002 | 01/23 | 506.79 | 15008* | 01/30 | 2,499.99 |
| 10030* | 01/21 | 325.00 | 15003 | 01/28 | 5,203.39 | 15010* | 01/30 | 171,000.00 |
| 10042* | 01/20 | 4,925.00 | 15004 | 01/23 | 70.00 | 15015* | 01/30 | 25,000.00 |
| 10044* | 01/21 | 1,787.50 | 15005 | 01/30 | 90.00 | 15017* | 01/30 | 1,430.00 |

*Not in check sequence*

----------------------------------------------------------------------------

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|--|----------------------|--------------------|
| Total Overdraft Fees | $175.00 | $175.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account
overdrafts or to discuss removing overdraft coverage from your account, please contact Customer
Service or visit your local branch.

----------------------------------------------------------------------------

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 01/13 | 5.00 | 01/20 | 54.98 | 01/27 | -39,597.52 |
| 01/14 | 50,005.00 | 01/21 | 49.27 | 01/28 | -5,870.91 |
| 01/15 | 100.64 | 01/23 | -527.52 | 01/29 | 25,318.12 |
| 01/16 | 979.98 | 01/26 | 402.48 | 01/30 | 844,313.73 |

LENDER   MEMBER FDIC

0048324-0000002-0131184

EXHIBIT 2
82

California Bank & Trust    ACCOUNT # 5791082851



Ref# 53049353    $14552.20

Ref# 53016277    $4707.98

Ref# 53130871    $39000.00    Ch# 9966

Ref# 53011587    $832.00    Ch# 10013

Ref# 53006612    $325.00    Ch# 10030

Ref# 53005447    $4925.00    Ch# 10042

Ref# 53027091    $1787.50    Ch# 10044

Ref# 53070134    $120.66    Ch# 15001

Ref# 53099226    $506.79    Ch# 15002

Ref# 53073815    $5203.39    Ch# 15003

0048324-00000003-0131185

EXHIBIT 2
83

# California Bank & Trust

ACCOUNT # 5791082851



Ref# 53001517          $70.00          Ch# 15004



Ref# 53101917          $90.00          Ch# 15005



Ref# 53073670          $70.00          Ch# 15006



Ref# 53099193          $2499.99          Ch# 15008



Ref# 53097929          $171000.00          Ch# 15010



Ref# 53117304          $25000.00          Ch# 15015



Ref# 53111580          $1430.00          Ch# 15017

0048324-0000003-0131185

EXHIBIT 2
84

## CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page 1 of 12
This Statement: February 27, 2015
Last Statement: January 30, 2015

Account 5791082851

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0047703          4059-06-0000-CBT-PG0023-00075

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7010

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

### SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5791082851 | $48,124.54 | |

### BUSINESS ESSENTIALS CHECKING 5791082851                                          104    75

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 844,313.73 | 800,240.93 | 1,122,578.39 | 473,851.73 | 48,124.54 |

#### 6 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 02/04 | 2,776.43 | ONLINE XFER FROM DDA STATE BAR OF ID: 000006454 2306404232 |
| 02/04 | 736,883.89 | ONLINE XFER FROM DDA STATE BAR OF ID: 000000784 2306404168 |
| 02/05 | 15,637.00 | DEPOSIT 5353037380 |
| 02/18 | 2,322.31 | DEPOSIT 5353036275 |
| 02/20 | 20,000.00 | DEPOSIT 5353019841 |
| 02/26 | 22,621.30 | PAY SEQ # 001105018435 Serial Number = 0001505501 1702201714 |

#### 41 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 02/02 | 4,065.13 | ACHMA VISB BILL PYMNT 9894867 REF # 015033008329277  1106233827 |
| 02/02 | 10,000.00 | CREDIT CARD ECS PAYMENT 043000093332502REF # 015033008685128  1106256211 |
| 02/02 | 15,000.00 | CREDIT CARD ECS PAYMENT 043000093332518REF # 015033008685129  1106256212 |
| 02/02 | 18,550.00 | ANTHEM BLUE I01O CORP P FL00924514 REF # 015033008334447  1106230553 |
| 02/03 | 19.95 | PAY SEQ # 001106242871  1702403033 |
| 02/03 | 3,045.36 | PAY SEQ # 001106253764  1702403053 |
| 02/03 | 3,052.57 | PAY SEQ # 001106253765  1702403028 |
| 02/03 | 8,125.00 | WIRE/OUT-201502030000044461;BNF Heidi Richardson;REF Richardso  1303401367 |
| 02/03 | 60,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006074  2306300731 |
| 02/03 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006166  2306302935 |
| 02/03 | 12,344.37 | EMPLOYMENT DEVEL EDD EF 1206754048 REF # 015034009644690  1105746555 |
| 02/04 | 12,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000024  2306400673 |
| 02/04 | 50,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007894  2306403089 |
| 02/05 | 1,389.00 | ANTHEM BLUE I01O CORP P FL00930456 REF # 015036001444372  1105631793 |
| 02/06 | 275,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008353  2307301889 |
| 02/06 | 30.00 | ONLINE XFER TO DDA ***2699 ID: 000005750  2307301891 |
| 02/10 | 100,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004680  2307100985 |
| 02/10 | 680.35 | PAYCHEX EIB INVOICE X59122800019734REF # 015040002907192  1106606374 |
| 02/11 | 8.11 | PAY SEQ # 001106634880  1702502259 |
| 02/12 | 68,770.05 | PAYCHEX PAYROLL 5927440000416ZXREF # 015043004811561  1105526005 |
| 02/18 | 3,067.00 | PAY SEQ # 001106953209  1702403027 |
| 02/18 | 1,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007648  2306500611 |
| 02/19 | 1,000.00 | CREDIT CARD ECS PAYMENT 043000096288826REF # 015050007916883  1105325879 |
| 02/19 | 4,000.00 | CREDIT CARD ECS PAYMENT 043000096288818REF # 015050007916882  1105325878 |
| 02/19 | 30,000.00 | CREDIT CARD ECS PAYMENT 043000096293978REF # 015050007977777  1105326058 |
| 02/24 | 27,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003342  2306101225 |



EQUAL HOUSING
LENDER      **MEMBER FDIC**

0047703-0000001-0128374

EXHIBIT 2
85

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
**(This is a Summary of Your Billing Rights).**
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0047703-0000001-0128374

EXHIBIT 2
86



**CALIFORNIA BANK**
**T R U S T**

P.O. Box 489, Lawndale, CA  90260-0489

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 02/25 | 4,653.47 | WIRE/OUT-2015022500002156;BNF Julie Cline Fine Art Services;  1304300626 |
| 02/25 | 2,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003328 2305701643 |
| 02/25 | 50,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005508 2305703133 |
| 02/25 | 18,676.00 | ANTHEM BLUE I01O CORP P FL00938403 REF # 015055009958694  1105010357 |
| 02/26 | 1,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009565 2306103373 |
| 02/26 | 1,000.00 | CREDIT CARD ECS PAYMENT 043000096920430REF # 015057001266367  1105626880 |
| 02/26 | 2,000.00 | CREDIT CARD ECS PAYMENT 043000096947008REF # 015057001265427  1105626877 |
| 02/26 | 2,000.00 | CREDIT CARD ECS PAYMENT 043000096920616REF # 015057001266368  1105626881 |
| 02/26 | 13,000.00 | CREDIT CARD ECS PAYMENT 043000096926580REF # 015057001299576  1105626917 |
| 02/27 | 70,077.03 | PAYCHEX PAYROLL 5947000000 1086XREF # 015057001262340  1105625636 |
| 02/27 | 100,000.00 | WIRE/OUT-2015022700007964;BNF Baker Keener Nahra LLP;REF Eag  1304501890 |
| 02/27 | 60,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006369 2306901451 |
| 02/27 | 77,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003582 2306903635 |
| 02/27 | 7,000.00 | CREDIT CARD ECS PAYMENT 043000098466944REF # 015058002129388  1106147567 |
| 02/27 | 25.00 | REMOTE DEPOSIT SERVICE - 1 |

## 72 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 9998 | 02/24 | 50.40 | 15034 | 02/02 | 1,406.51 | 15058 | 02/06 | 557.35 |
| 10010* | 02/03 | 360.00 | 15035 | 02/05 | 317.00 | 15059 | 02/04 | 4,651.60 |
| 10041* | 02/02 | 5,070.00 | 15036 | 02/03 | 261.00 | 15060 | 02/10 | 5,550.38 |
| 15009* | 02/02 | 75,000.00 | 15037 | 02/03 | 1,732.04 | 15061 | 02/09 | 5,325.00 |
| 15011* | 02/05 | 18,000.00 | 15038 | 02/05 | 11,880.97 | 15062 | 02/03 | 100.00 |
| 15012 | 02/05 | 80,000.00 | 15039 | 02/09 | 3,744.07 | 15064* | 02/11 | 668.10 |
| 15013 | 02/12 | 5,300.00 | 15040 | 02/03 | 6,453.26 | 15065 | 02/04 | 6,640.55 |
| 15014 | 02/03 | 6,000.00 | 15041 | 02/03 | 3,337.05 | 15066 | 02/04 | 6,715.45 |
| 15016* | 02/02 | 18,142.29 | 15042 | 02/03 | 80.87 | 15067 | 02/06 | 10,059.82 |
| 15019* | 02/03 | 1,272.79 | 15043 | 02/02 | 1,010.10 | 15068 | 02/06 | 3,521.68 |
| 15020 | 02/12 | 39,000.00 | 15044 | 02/05 | 3,439.17 | 15069 | 02/10 | 6,520.36 |
| 15021 | 02/25 | 39,000.00 | 15045 | 02/03 | 1,279.00 | 15070 | 02/09 | 3,700.00 |
| 15022 | 02/02 | 1,244.26 | 15046 | 02/02 | 168.44 | 15071 | 02/11 | 5,550.00 |
| 15023 | 02/05 | 4,941.00 | 15047 | 02/13 | 13,608.13 | 15073* | 02/09 | 2,499.00 |
| 15024 | 02/03 | 447.81 | 15048 | 02/04 | 8,202.54 | 15074 | 02/18 | 2,776.43 |
| 15025 | 02/11 | 520.20 | 15049 | 02/05 | 477.36 | 15075 | 02/11 | 38.50 |
| 15026 | 02/10 | 1,640.00 | 15050 | 02/09 | 8.31 | 15079* | 02/09 | 25.00 |
| 15027 | 02/04 | 866.00 | 15051 | 02/03 | 617.20 | 15080 | 02/11 | 6,460.00 |
| 15028 | 02/03 | 5,489.91 | 15052 | 02/02 | 55.00 | 15081 | 02/13 | 7,500.00 |
| 15029 | 02/02 | 1,218.43 | 15053 | 02/06 | 91.15 | 15082 | 02/12 | 14,583.33 |
| 15030 | 02/10 | 1,176.00 | 15054 | 02/02 | 2,963.55 | 15083 | 02/13 | 2,331.74 |
| 15031 | 02/06 | 144.88 | 15055 | 02/13 | 1,784.30 | 15084 | 02/24 | 1,642.50 |
| 15032 | 02/02 | 2,681.87 | 15056 | 02/17 | 2,322.42 | 15085 | 02/18 | 1,509.55 |
| 15033 | 02/05 | 1,245.00 | 15057 | 02/03 | 516.49 | 15090* | 02/24 | 360.62 |

* Not in check sequence

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $175.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account
overdrafts or to discuss removing overdraft coverage from your account, please contact Customer
Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/02 | 687,740.15 | 02/10 | 692,463.81 | 02/19 | 482,988.26 |
| 02/03 | 568,205.48 | 02/11 | 679,218.90 | 02/20 | 502,988.26 |
| 02/04 | 1,218,789.66 | 02/12 | 551,565.52 | 02/24 | 473,934.74 |
| 02/05 | 1,112,737.16 | 02/13 | 526,341.35 | 02/25 | 359,105.27 |
| 02/06 | 823,332.28 | 02/17 | 524,018.93 | 02/26 | 292,149.54 |
| 02/09 | 808,030.90 | 02/18 | 517,988.26 | 02/27 | 48,124.54 |

**MEMBER FDIC**

0047703-0000002-0128375

EXHIBIT 2
87

# California Bank & Trust

ACCOUNT # 5791082851

This Statement:
February 27, 2015
Page 5 of 12



Ref# 53037380     $15637.00          Ref# 53036275     $2322.31



Ref# 53019841     $20000.00          Ref# 53031608     $50.40     Ch# 9998



Ref# 53011384     $360.00     Ch# 10010



Ref# 53104392     $5070.00     Ch# 10041



Ref# 53032933     $75000.00     Ch# 15009          Ref# 53103241     $18000.00     Ch# 15011



Ref# 53103242     $80000.00     Ch# 15012          Ref# 53084408     $5300.00     Ch# 15013

0047703-0000003-0128376

EXHIBIT 2
88

California Bank & Trust          ACCOUNT # 5791082851



Ref# 53118295     $6000.00     Ch# 15014



Ref# 53003688     $18142.29     Ch# 15016



Ref# 53111212     $1272.79     Ch# 15019



Ref# 53068037     $39000.00     Ch# 15020



Ref# 53061068     $39000.00     Ch# 15021



Ref# 53003693     $1244.26     Ch# 15022



Ref# 53081029     $4941.00     Ch# 15023



Ref# 53133500     $447.81     Ch# 15024



Ref# 53005975     $520.20     Ch# 15025



Ref# 53020915     $1640.00     Ch# 15026

0047703-0000003-0128376

EXHIBIT 2
89

California Bank & Trust        ACCOUNT # 5791082851



Ref# 53016042        $866.00        Ch# 15027



Ref# 53132478        $5489.91        Ch# 15028



Ref# 53130303        $1218.43        Ch# 15029



Ref# 53008216        $1176.00        Ch# 15030



Ref# 53073877        $144.88        Ch# 15031



Ref# 53177875        $2681.87        Ch# 15032



Ref# 53102949        $1245.00        Ch# 15033



Ref# 53041195        $1406.51        Ch# 15034

Ref# 53009898        $317.00        Ch# 15035

Ref# 53133081        $261.00        Ch# 15036

0047703-0000004-0128377

EXHIBIT 2
90

California Bank & Trust          ACCOUNT # 5791082851



Ref# 53100679     $1732.04     Ch# 15037



Ref# 53101811     $11880.97     Ch# 15038



Ref# 53194989     $3744.07     Ch# 15039



Ref# 53021673     $6453.26     Ch# 15040



Ref# 53000519     $3337.05     Ch# 15041



Ref# 53117802     $80.87     Ch# 15042



Ref# 53116545     $1010.10     Ch# 15043



Ref# 53110339     $3439.17     Ch# 15044



Ref# 53133299     $1279.00     Ch# 15045



Ref# 53118931     $166.44     Ch# 15046

0047703-0000004-0128377

EXHIBIT 2
91

California Bank & Trust    ACCOUNT # 5791082851



Ref# 53006018    $13608.13    Ch# 15047



Ref# 53112528    $8202.54    Ch# 15048



Ref# 53091973    $477.36    Ch# 15049



Ref# 53207223    $8.31    Ch# 15050



Ref# 53112831    $617.20    Ch# 15051



Ref# 53120861    $55.00    Ch# 15052



Ref# 53083569    $91.15    Ch# 15053



Ref# 53127040    $2963.55    Ch# 15054



Ref# 53079674    $1784.30    Ch# 15055



Ref# 53009949    $2322.42    Ch# 15056

0047703-0000005-0128378

EXHIBIT 2
92

California Bank & Trust      ACCOUNT # 5791082851



Ref# 53023728        $516.49        Ch# 15057



Ref# 53001170        $557.35        Ch# 15058



Ref# 53122150        $4651.60        Ch# 15059



Ref# 53110709        $5550.38        Ch# 15060



Ref# 53006318        $5325.00        Ch# 15061



Ref# 53116224        $100.00        Ch# 15062



Ref# 53015731        $668.10        Ch# 15064



Ref# 53006776        $6640.55        Ch# 15065



Ref# 53006841        $6715.45        Ch# 15066



Ref# 53127357        $10059.82        Ch# 15067

0047703-0000005-0128378

EXHIBIT 2
93

This Statement:
February 27, 2015
Page 11 of 12

California Bank & Trust    ACCOUNT # 5791082851





Ref# 53108651        $3521.68        Ch# 15068

Ref# 53003058        $6520.36        Ch# 15069



Ref# 53012078        $3700.00        Ch# 15070

Ref# 53095384        $5550.00        Ch# 15071



Ref# 53123729        $2499.00        Ch# 15073

Ref# 53008229        $2776.43        Ch# 15074





Ref# 53096620        $38.50        Ch# 15075

Ref# 53109912        $25.00        Ch# 15079





Ref# 53003182        $6460.00        Ch# 15080

Ref# 53060554        $7500.00        Ch# 15081

0047703-0000006-0128379

EXHIBIT 2
94

**California Bank & Trust**    ACCOUNT # 5791082851

This Statement:
February 27, 2015
Page 12 of 12



Ref# 53005522    $14583.33    Ch# 15082          Ref# 53061297    $2331.74    Ch# 15083




Ref# 53113413    $1642.50    Ch# 15084          Ref# 53113543    $1509.55    Ch# 15085



Ref# 53028325    $360.62    Ch# 15090

0047703-0000006-0128379

EXHIBIT 2
95

## CALIFORNIA BANK
### TRUST

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 10
This Statement: April 30, 2015
Last Statement: March 31, 2015

Account 5791082851

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0047614                    4121-06-0000-CBT-PG0023-00052

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7020

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

Enter our Online Anytime Banking Sweepstakes for your chance to win a $250 Amazon Gift Card. No purchase necessary. Visit calbanktrust.com/OnlineAnytime for Official Rules and alternate method of entry.

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5791082851 | $36,461.73 | |

## BUSINESS ESSENTIALS CHECKING 5791082851                    104    52

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 724,395.05 | 532,617.51 | 1,054,759.48 | 165,791.35 | 36,461.73 |

### 7 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 04/01 | 31,580.89 | PAY SEQ # 001105617859 Serial Number = 0001508900 1702301999 |
| 04/09 | 4,404.47 | ONLINE XFER FROM DDA STATE BAR OF ID: 000003773 2306604320 |
| 04/14 | 200,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000005113 2306301628 |
| 04/17 | 25,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000000020 2306802088 |
| 04/20 | 110,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000005116 2307704944 |
| 04/21 | 81,468.76 | DEPOSIT 5353048320 |
| 04/29 | 80,163.39 | AT&T PAYMENTS O042831985557SSREF # 015118002634268 1104912273 |

### 34 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 04/01 | 350,000.00 | ONLINE XFER TO DDA STATE BAR OF ID: 000008573 2306405527 |
| 04/01 | 417.21 | PAYCHEX PAYROLL 599542000001654REF # 015091008573070 1105746467 |
| 04/01 | 2,266.68 | ACHMA VISB BILL PYMNT 9418167 REF # 015090008085550 1105728997 |
| 04/01 | 19,289.00 | ANTHEM BLUE I01O CORP P FL00964309 REF # 015090007894850 1105721627 |
| 04/02 | 3,120.20 | JOHN HANCOCK ACH DEBIT 0077281 REF # 015092009636565 1106131938 |
| 04/06 | 36,230.00 | WIRE/OUT-2015040600002200;BNF Julie Cline Fine Art Services; 1304100620 |
| 04/06 | 10,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006481 2306804561 |
| 04/07 | 2,152.12 | CREDIT CARD ECS PAYMENT 043000094640270REF # 015097002091584 1106032612 |
| 04/07 | 2,847.88 | CREDIT CARD ECS PAYMENT 043000094640274REF # 015097002091585 1106032613 |
| 04/07 | 10,000.00 | CREDIT CARD ECS PAYMENT 043000094640280REF # 015097002091586 1106032614 |
| 04/07 | 10,000.00 | CREDIT CARD ECS PAYMENT 043000094665590REF # 015097002093199 1106032642 |
| 04/08 | 39,000.00 | WIRE/OUT-2015040800002725;BNF Acamar Investments Inc. 1305400844 |
| 04/09 | 12,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002137 2306601667 |
| 04/09 | 2,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007814 2306601843 |
| 04/10 | 147.50 | PAYCHEX EIB INVOICE X59902800029870REF # 015099003574158 1106510282 |
| 04/13 | 11,880.97 | FIRST INSURANCE INSURAN 900-290460 REF # 015103004502497 1106322335 |
| 04/13 | 68,620.33 | PAYCHEX PAYROLL 60114100000764XREF # 015103004585179 1106319655 |
| 04/14 | 20,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008031 2306300739 |



**MEMBER FDIC**

0047614-0000001-0140067

EXHIBIT 2
96

**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
| --- | --- |
| Check Number | Check Amount |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL: |  |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
| --- | --- |
| 1. LIST your checkbook balance. |  |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). |  |
| 3. SUBTOTAL: |  |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). |  |
| 5. ADJUSTED CHECKBOOK BALANCE: |  |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
| --- | --- |
| 6. LIST your current statement balance as shown on the front of this statement. |  |
| 7. ADD deposits made, but not shown on this statement. |  |
| 8. SUBTOTAL: |  |
| 9. SUBTRACT total from "Checks Outstanding." |  |
| 10. ADJUSTED STATEMENT BALANCE: |  |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

• Review account balances • Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0047614-0000001-0140067

EXHIBIT 2
97

## CALIFORNIA BANK TRUST

P.O. Box 489, Lawndale, CA  90260-0489

Page 3 of  10
April 30, 2015
EAGAN AVENATTI LLP
5791082851

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 04/14 | 6,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005844  2306300841 |
| 04/14 | 100,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006153  2306301637 |
| 04/15 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008984  2306101075 |
| 04/15 | 60,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007281  2306103783 |
| 04/16 | 3,116.15 | JOHN HANCOCK ACH DEBIT 0077281 REF # 015106006862590  1105325466 |
| 04/17 | 66,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000001160  2306802099 |
| 04/20 | 100,000.00 | WIRE/OUT-2015042000003702;BNF The X-Law Group P.C.;REF Avena  1304901048 |
| 04/20 | 19.95 | DEBIT MEMO  5353143410 |
| 04/20 | 100.00 | ONLINE XFER TO DDA ***2699 ID: 000004740  2307704895 |
| 04/20 | 10,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009785  2307704949 |
| 04/21 | 390.00 | ANALYSIS SERVICE FEE |
| 04/22 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003720  2305803881 |
| 04/24 | 1,786.30 | ACHMA VISB BILL PYMNT 5887312 REF # 015113000326156  1105113666 |
| 04/29 | 30,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005695  2305903003 |
| 04/29 | 69,350.19 | PAYCHEX PAYROLL 6034880000 1387XREF # 015118002108660  1104904163 |
| 04/30 | 25.00 | REMOTE DEPOSIT SERVICE - 1 |

---

**50  CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 10009 | 04/20 | 359.10 | 15142 | 04/03 | 1,366.28 | 15159 | 04/06 | 1,332.00 |
| 15117* | 04/09 | 331.00 | 15143 | 04/07 | 252.20 | 15160 | 04/06 | 128.00 |
| 15127* | 04/14 | 137.25 | 15144 | 04/06 | 6,170.42 | 15161 | 04/08 | 5,367.92 |
| 15128 | 04/03 | 2,882.70 | 15145 | 04/06 | 639.50 | 15163* | 04/10 | 2,180.95 |
| 15129 | 04/15 | 48.69 | 15146 | 04/14 | 600.00 | 15164 | 04/08 | 208.33 |
| 15130 | 04/06 | 179.75 | 15147 | 04/06 | 6,331.00 | 15165 | 04/16 | 4,635.00 |
| 15131 | 04/13 | 384.00 | 15148 | 04/06 | 55.00 | 15166 | 04/10 | 2,583.33 |
| 15132 | 04/07 | 468.00 | 15149 | 04/07 | 180.00 | 15167 | 04/13 | 50.00 |
| 15133 | 04/07 | 323.00 | 15150 | 04/09 | 492.08 | 15168 | 04/20 | 1,800.00 |
| 15134 | 04/06 | 5,956.89 | 15151 | 04/09 | 400.00 | 15169 | 04/16 | 23,362.17 |
| 15135 | 04/14 | 385.00 | 15152 | 04/21 | 180.00 | 15170 | 04/17 | 60.00 |
| 15136 | 04/14 | 1,118.00 | 15153 | 04/06 | 2,963.55 | 15171 | 04/21 | 60.00 |
| 15137 | 04/06 | 2,393.55 | 15154 | 04/06 | 616.73 | 15173* | 04/27 | 1,570.92 |
| 15138 | 04/07 | 224.32 | 15155 | 04/06 | 990.32 | 15174 | 04/23 | 2,000.00 |
| 15139 | 04/13 | 662.70 | 15156 | 04/07 | 1,200.93 | 15175 | 04/27 | 4,695.00 |
| 15140 | 04/08 | 36.00 | 15157 | 04/13 | 5,982.00 | 15176 | 04/24 | 12,049.72 |
| 15141 | 04/10 | 6,195.00 | 15158 | 04/09 | 53,203.05 | | | |

*Not in check sequence*

---

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $315.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

---

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/01 | 384,003.05 | 04/10 | 154,758.02 | 04/21 | 82,775.47 |
| 04/02 | 380,882.85 | 04/13 | 67,178.02 | 04/22 | 77,775.47 |
| 04/03 | 376,633.87 | 04/14 | 138,437.77 | 04/23 | 75,775.47 |
| 04/06 | 302,647.16 | 04/15 | 76,389.08 | 04/24 | 61,939.45 |
| 04/07 | 274,998.71 | 04/16 | 45,275.76 | 04/27 | 55,673.53 |
| 04/08 | 230,386.46 | 04/17 | 4,215.76 | 04/29 | 36,486.73 |
| 04/09 | 165,864.80 | 04/20 | 1,936.71 | 04/30 | 36,461.73 |



MEMBER FDIC

0047614-0000002-0140068

EXHIBIT 2
98

# California Bank & Trust

ACCOUNT # 5791082851

This Statement:
April 30, 2015
Page 5 of 10



Ref# 53048320     $81468.76

Ref# 53143410     $19.95

Ref# 53119647     $359.10     Ch# 10009

Ref# 53097243     $331.00     Ch# 15117

Ref# 53006633     $137.25     Ch# 15127

Ref# 53074831     $2882.70    Ch# 15128

Ref# 53093054     $48.69      Ch# 15129

Ref# 53129986     $179.75     Ch# 15130



Ref# 53101769     $384.00     Ch# 15131

Ref# 53002264     $468.00     Ch# 15132

00-47614-0000003-0140069

EXHIBIT 2
99

# California Bank & Trust

ACCOUNT # 5791082851



Ref# 53087292      $323.00      Ch# 15133



Ref# 53165755      $5956.89      Ch# 15134



Ref# 53096267      $385.00      Ch# 15135



Ref# 53119234      $1118.00      Ch# 15136



Ref# 53117065      $2393.55      Ch# 15137



Ref# 53000409      $224.32      Ch# 15138



Ref# 53199313      $662.70      Ch# 15139



Ref# 53090194      $36.00      Ch# 15140



Ref# 53054793      $6195.00      Ch# 15141



Ref# 53067241      $1366.28      Ch# 15142

00-47614-0000003-0140069

EXHIBIT 2
100

## California Bank & Trust

ACCOUNT # 5791082851



Ref# 53074512      $252.20      Ch# 15143



Ref# 53027183      $6170.42      Ch# 15144



Ref# 53027182      $639.50      Ch# 15145



Ref# 53089023      $600.00      Ch# 15146



Ref# 53162676      $6331.00      Ch# 15147



Ref# 53119404      $55.00      Ch# 15148



Ref# 53078980      $180.00      Ch# 15149



Ref# 53073447      $492.08      Ch# 15150



Ref# 53073396      $400.00      Ch# 15151

Ref# 53014007      $180.00      Ch# 15152

00-47614-0000004-0140070

EXHIBIT 2
101

## California Bank & Trust

ACCOUNT # 5791082851

This Statement:
April 30, 2015
Page 8 of 10



Ref# 53035512        $2963.55        Ch# 15153



Ref# 53020327        $616.73        Ch# 15154



Ref# 53133113        $990.32        Ch# 15155



Ref# 53075301        $1200.93        Ch# 15156



Ref# 53157502        $5982.00        Ch# 15157



Ref# 53012700        $53203.05        Ch# 15158



Ref# 53052364        $1332.00        Ch# 15159



Ref# 53052366        $128.00        Ch# 15160



Ref# 53107410        $5367.92        Ch# 15161



Ref# 53050751        $2180.95        Ch# 15163

00-47614-0000004-0140070

EXHIBIT 2
102

## California Bank & Trust

ACCOUNT # 5791082851

This Statement:
April 30, 2015
Page 9 of 10





Ref# 53077433    $208.33    Ch# 15164

Ref# 53073978    $4635.00    Ch# 15165



Ref# 53053866    $2583.33    Ch# 15166

Ref# 53157701    $50.00    Ch# 15167



Ref# 53154324    $1800.00    Ch# 15168

Ref# 53005437    $23362.17    Ch# 15169



Ref# 53043678    $60.00    Ch# 15170

Ref# 53085160    $60.00    Ch# 15171

Ref# 53036096    $1570.92    Ch# 15173

Ref# 53069461    $2000.00    Ch# 15174

0047614-0000005-0140071

EXHIBIT 2
103



California Bank & Trust        ACCOUNT # 5791082851

Ref# 53184335      $4695.00      Ch# 15175      Ref# 53042581      $12049.72      Ch# 15176

0047614-0000005-0140071

EXHIBIT 2
104



**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page 1 of 4
This Statement: June 30, 2015
Last Statement: May 29, 2015

Account 3260132699

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0049574                   4182-06-0200-CBT-PG0023-00000

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7020

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

> California Bank & Trust, as part of Zions Bancorporation, has received 24 Greenwich Excellence Awards for middle market and business banking - double the amount we received for 2013 and the second-highest number of awards won among all banks in the United States for 2014!

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Money Maximizer Plus | 3260132699 | $48.18 | |

## BUSINESS MONEY MAXIMIZER PLUS 3260132699                                        924      0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 60.51 | 3,650.00 | 3,662.33 | 0.00 | 48.18 |

### 1 DEPOSIT/CREDIT

| Date | Amount | Description |
|---|---|---|
| 06/01 | 3,650.00 | ONLINE XFER FROM DDA ***2851 ID: 000001385 2309007948 |

### 3 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 06/01 | 3,647.33 | WIRE/OUT-2015060100007746;BNF Julie Cline Fine Art Services; 1304002150 |
| 06/30 | 12.00 | MONTHLY MAINTENANCE FEE |
| 06/30 | 3.00 | PAPER STATEMENT FEE |

### 0 CHECKS PROCESSED

There were no transactions this period.

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.



EQUAL HOUSING LENDER     MEMBER FDIC

0049574-0000001-0126407

EXHIBIT 2
105

**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc.). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0049574-0000001-0126407

EXHIBIT 2
106



CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 4
June 30, 2015
EAGAN AVENATTI LLP
3260132699

**DAILY BALANCES**

| Date | Balance | | Date | Balance |
|------|---------|---|------|---------|
| 06/01 | 63.18 | | 06/30 | 48.18 |

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $0.00 | Number Of Days This Interest Period | 32 |
| Interest Paid Year-To-Date 2015 | $0.00 | Annual Percentage Yield Earned | 0.00% |

Current interest rate is 0.050% with no rate change this interest period

EQUAL HOUSING LENDER    MEMBER FDIC

0049574-0000002-0126408

EXHIBIT 2
107

B1040 (FORM 1040) (12/15)

<table>
<tr><td colspan="2"><strong>ADVERSARY PROCEEDING COVER SHEET</strong><br>(Instructions on Reverse)</td><td colspan="2"><strong>ADVERSARY PROCEEDING NUMBER</strong><br>(Court Use Only)</td></tr>
<tr><td colspan="2"><strong>PLAINTIFFS</strong><br><br>Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP</td><td colspan="2"><strong>DEFENDANTS</strong><br><strong>Michael Avenatti, an individual; Lisa Storie-Avenatti, an individual; Avenatti & Associates APC, a professional corporation; and DOES 1-10, Inclusive.</strong></td></tr>
<tr><td colspan="2"><strong>ATTORNEYS</strong> (Firm Name, Address, and Telephone No.)<br>John P. Reitman, (State Bar No. 80579); Jack A. Reitman, (State Bar No. 283746<br>Landau Gottfried & Berger, LLP 1880 Century Park East, Suite 1101, Los<br>Angeles, CA 90067; 310-557-0050</td><td colspan="2"><strong>ATTORNEYS</strong> (If Known)</td></tr>
<tr><td colspan="2"><strong>PARTY</strong> (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☒ Trustee</td><td colspan="2"><strong>PARTY</strong> (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☒ Other<br>☐ Trustee</td></tr>
</table>

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Causes of Action for (i) Avoidance and Recovery of Avoidable Transfers (11 USC 544, 548, 550); (ii) Preference (11 USC 547); (iii) Declaratory Relief; (iv) Turnover (11 USC 542; (v) Preliminary and permanent injunction (11 USC 544); (vi) Breach of Fiduciary Duty; (vii) Disallowance of Proofs of Claim (11 USC 502(d)); (viii) Equitable Subordination (11 USC 510(c).

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- [3] 11-Recovery of money/property - §542 turnover of property
- [2] 12-Recovery of money/property - §547 preference
- [1] 13-Recovery of money/property - §548 fraudulent transfer
- [ ] 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- [ ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- [ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- [ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- [ ] 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- [ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- [ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- [ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
- [ ] 61-Dischargeability - §523(a)(5), domestic support
- [ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
- [ ] 63-Dischargeability - §523(a)(8), student loan
- [ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- [ ] 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- [ ] 71-Injunctive relief – imposition of stay
- [5] 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- [ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- [ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- [ ] 01-Determination of removed claim or cause

**Other**
- [ ] SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
- [4] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

<table>
<tr><td>☒ Check if this case involves a substantive issue of state law</td><td>☐ Check if this is asserted to be a class action under FRCP 23</td></tr>
<tr><td>☐ Check if a jury trial is demanded in complaint</td><td>Demand  $17,000,000</td></tr>
<tr><td colspan="2">Other Relief Sought</td></tr>
</table>

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR  Eagan Avenatti, LLP | BANKRUPTCY CASE NO. 8:19-bk-13560-CB | |
| DISTRICT IN WHICH CASE IS PENDING  Central District of California | DIVISION OFFICE  Santa Ana | NAME OF JUDGE  Catherine E. Bauer |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE  9/16/2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)  Jack A. Reitman | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>JOHN P. REITMAN (State Bar No. 80579)<br>jreitman@lgbfirm.com<br>JACK A. REITMAN (State Bar No. 283746)<br>jareitman@lgbfirm.com<br>LANDAU GOTTFRIED & BERGER LLP<br>1880 Century Park East, Suite 1101<br>Los Angeles, California 90067<br>Telephone: (310) 557-0050<br>Facsimile: (310) 557-0056<br>Proposed Special Litigation Attorneys for Richard A. Marshack, Chapter 7 Trustee for Eagan Avenatti, LLP<br>*Attorney for Plaintiff* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>EAGAN AVENATTI, LLP,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:19-bk-13560-CB<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br><br><br>Plaintiff(s)<br>Versus<br>MICHAEL AVENATTI, an individual; LISA STORIE-AVENATTI, an individual; AVENATTI & ASSOCIATES APC, a professional corporation; and DOES 1-10, Inclusive,<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING**<br>**[LBR 7004-1]** |

TO THE DEFENDANT:  A Complaint has been filed by the Plaintiff against you.  If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint.  You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page.  The deadline to file and serve a written response is _____.  If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| |
|---|
| **Hearing Date:** _____    **Address:**<br>**Time:** _____    ☐ 255 East Temple Street, Los Angeles, CA 90012<br>**Courtroom:** _____    ☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.**  All parties must read and comply with the rule, even if you are representing yourself.  You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference.  A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH).  If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference.  **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
Deputy Clerk

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
_Date_                              _Printed Name_                              _Signature_

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.