John P. Reitman, SBN 80579
jreitman@lgbfirm.com
Jack A. Reitman, SBN 283746
jareitman@lgbfirm.com
Landau Gottfried & Berger LLP
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Tel: 310-557-0050
Fax: 310-557-0056

Proposed Special Litigation Attorneys for
Richard A. Marshack,
Chapter 7 Trustee for Eagan Avenatti, LLP

**FILED & ENTERED**

**SEP 17 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY le    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>　　　　　Debtor.<br> | Case No.: 8:19-bk-13560-CB<br><br>Chapter 7<br><br>Adv. No.: 8:19-ap-01186-CB |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL AVENATTI, an individual; LISA STORIE-AVENATTI, an individual; AVENATTI & ASSOCIATES APC, a professional corporation; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | **ORDER GRANTING TRUSTEE'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Hearing Date and Time:**<br>Date:　September 17, 2019<br>Time:　10:00 a.m.<br>Courtroom: 5D<br>Place:　411 West Fourth Street<br>　　　　Santa Ana, California |

　　　　Richard A. Marshack, chapter 7 trustee (the "Trustee") for the bankruptcy estate of Eagan Avenatti, LLP ("EA"), filed an Emergency Motion for Preliminary Injunction on September 13, 2019 as Docket #3 regarding four pieces of art (the "EA Art") currently in possession of the Orange County Sheriff.  The Emergency Motion for Preliminary Injunction was also filed in the

adversary proceeding #8:19-ap-01186-CB on September 16, 2019 and was assigned Docket #2 (collectively the "Motion").

A hearing was held on September 17, 2019, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on the Motion. Appearances were made as noted on the record.

The Court, having considered the Motion, related documents filed in this case and arguments of counsel presented to the Court at the hearing as reflected on the record; and with good shown,

**IT IS ORDERED**

1. The Motion is Granted;

2. The Orange County Sheriff[1], Michael Avenatti, Lisa Storie-Avenatti, Avenatti & Associates, APC, and each of their respective controlled entities, agents, servants, employees, and attorneys, and others acting in concert or participating with any of them, are enjoined and restrained from directly or indirectly transferring, selling, assigning, pledging, hypothecating, encumbering, dissipating, distributing, without further leave of Court and/or the written consent of the Trustee, the EA Art as described below:

    a.    Artist: Frank Stella. Relief Print known as IMOLA Three I, Circuit Series, dated 1982, annotated "PP 2" (printer's proof), approx. 65 7/8 x 51 ¼ inches, framed;

        Described in the Notice of Sale as "1 Artwork of a Green Gold Racetrack";

        Item No. 193-10212, green/gold racetrack, Artist: Frank Stella.

        Market Value: $14,375.00

    b.    Artist: Frank Stella. Relief Print known as IMOLA Three II, Circuit Series, dated 1984, edition 16 of 30, approx. 65 1/2 x 51 1/2 inches, framed;

---

[1] The Orange County Sheriff is currently in possession of the EA Art pursuant to a writ of execution issued by the Orange County Superior Court, *Avenatti v. Storie-Avenatti*, Case No. 17D009930, which issued an order staying the sale of the EA Art on August 19, 2019.

Described in the Notice of Sale as "1 Artwork of a Pink/Orange/Purple Racetrack"; Item No. 193-10213, pink/orange/purple racetrack, Artist: Frank Stella.

Market Value: $20,000.00

c.  Artist: Frank Stella. Relief Print known as IMOLA Five II, Circuit Series, dated 1983, edition 16 of 30, approx. 66 x48 inches, framed; Described in the Notice of Sale as "1 Artwork of a Racetrack Black Background"; Item No. 193-10215, racetrack, black background, Artist: Frank Stella.

Market Value: $40,000

d.  Artist: Frank Stella. Relief Print known as Talladega Three III, Circuit Series, dated 1982, edition 12 of 30, approx. 78 x 66 inches, framed; Described in the Notice of Sale as "1 Artwork of a Racetrack Gold/Blue"' Item No. 193-10216, racetrack, gold/blue, Artist: Frank Stella.

Market Value: $25,000;

3.  Pursuant to Federal Rule of Bankruptcy Procedure 7065, the Trustee is not required to post an undertaking.

###

Date: September 17, 2019

Catherine Bauer
United States Bankruptcy Judge

3