| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>JOHN P. REITMAN (State Bar No. 80579)<br>jreitman@landaufirm.com<br>MONICA RIEDER (State Bar No. 263250)<br>rmrieder@landaufirm.com<br>LANDAU LAW LLP<br>2338 Manning Avenue<br>Los Angeles, California 90064<br>Telephone: (310) 557-0050<br>Facsimile: (310) 557-0056<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Richard A. Marshack, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA DIVISION**

| In re:<br>EAGAN AVENATTI, LLP,<br><br><br><br><br><br>Debtor(s). | CASE NO.:         8:19-bk-13560-SC<br><br>ADVERSARY NO.: 8:19-ap-01186-SC<br><br>CHAPTER:          7 |
|---|---|
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE FOR EAGAN AVENATTI, LLP,<br><br><br>Plaintiff(s).<br>vs.<br>MICHAEL AVENATTI, an individual, LISA STORIE-AVENATTI, an individual; AVENATTI & ASSOCIATES APC, a professional corporation; and DOES 1-10, Inclusive,<br>Defendant(s). | **UNILATERAL STATUS REPORT [LBR 7016-1(a)(2)]**<br><br>DATE:           03/22/2022<br>TIME:           1:30 PM<br>COURTROOM: 5C<br>ADDRESS:<br>   411 W. Fourth Street<br>   Santa Ana, CA 92701 |

The parties submit the following UNILATERAL STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

| | | |
|---|---|---|
| 1. | Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | ☒ Yes    ☐ No |
| 2. | Have all parties filed and served answers to the Claims Documents? | ☒ Yes    ☐ No |
| 3. | Have all motions addressed to the Claims Documents been resolved? | ☒ Yes    ☐ No |
| 4. | Have counsel met and conferred in compliance with LBR 7026-1? | ☐ Yes    ☒ No |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 1                                        **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
   The matter is on hold pending the resolution of Mr. Avenatti's criminal proceedings.

B. <u>**READINESS FOR TRIAL**</u>:

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | Unknown | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | Pending criminal matters for Mr. Avenatti. | |

3. When do you expect to complete <u>your</u> discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | Unknown | |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Written Discovery, possible third party depositions. | |

C. <u>**TRIAL TIME**</u>:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | Plaintiff | Defendant |
   |---|---|
   | 4 days | |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | Plaintiff | Defendant |
   |---|---|
   | 10 | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 50-100 | |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not  requested | Pretrial conference ☐ is ☐ is not  requested |
| Reasons: | Reasons: |
| Various issues regarding, among other things, Mr. Aveantti's possible use of 5th Amendment rights. | |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) 09/20/2022 | (*date*) |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    The parties have engaged in preliminary discussions, but no settlement has been reached.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes    ☒ No | ☐ Yes    ☐ No |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

|  Plaintiff  |  Defendant  |
|---|---|
| ☒ I do consent<br>☐ I do not consent<br>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | ☐ I do consent<br>☐ I do not consent<br>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Mr. Avenatti is involved in several criminal proceedings/trials which will likely hold this litigation up until they are resolved. Avenatti has been sentenced to 30 months in prison in the Nike extortion case in New York. Avenatti has been convicted of wire fraud and aggravated identity theft in the Stormy Daniels case in New York; sentencing will occur in May 2022. Avenatti's criminal prosecution in the Central District of California is on hold while the Ninth Circuit considers Avenatti's appeal from the District Court's denial of Avenatti's motion to dismiss the case. Oral argument in the Ninth Circuit appeal is being held today, March 10, 2022.

Ms. Storie-Avenatti has not yet retained counsel and is currently appearing in pro per.

Respectfully submitted,

Date: 03/10/2022

Landau Law LLP
Printed name of law firm

/s/ John P. Reitman
Signature

John P. Reitman
Printed name

Attorney for: Plaintiff R. Marshack, Ch. 7 Trustee

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU LAW LLP, 2338 Manning Avenue, Los Angeles, CA 90064.**

A true and correct copy of the foregoing document entitled (*specify*): **Unilateral Status Report** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 10, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Jack A. Reitman**    jareitman@landaufirm.com, srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com
- **John P. Reitman**    jreitman@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **Monica Rieder**    mrieder@landaufirm.com, vrichmond@landaufirm.com;avedrova@landaufirm.com;hrichmond@landaufirm.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 10, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Lisa Storie-Avenatti
1221 W Coast Hwy Apt 219
Newport Beach, CA 92663- 5058

Mr. Michael Avenatti
c/o Mr. Jay Manheimer
229 Dimmick Avenue
Venice, CA 90291

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 10, 2022 | Vanessah Berstecher | /s/ Vanessah Berstecher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**